RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> OLIVET UNIVERSITY, a California corporation, <br><br> Defendant. | CASE NO. 5:20-cv-00269-VAP <br><br> **PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR WRIT OF POSSESSION; TURNOVER ORDER; PRIVATE PLACE ORDER AND SUBSTITUTE CUSTODIAN ORDER** <br><br> The Hon. Virginia A. Phillips, Chief District Judge <br><br> Crtrm: 8A, 8th Floor <br> Place: 350 West 1st Street <br> Los Angeles, CA 90012 <br><br> Judgment entered on January 7, 2019 |

**To the Honorable Virginia A. Phillips, Chief District Judge, the Judgment Debtor Olivet University, a California corporation and to their attorneys of record:**

Page 1

Plaintiff and Judgment Creditor AVT - New York, L.P., a Utah limited partnership ("AVT") requests ex parte relief to obtain: (1) Writ of Possession; (2) Turnover Order; (3) Private Place Order and (4) Substitute Custodian Order. Ex parte relief is based upon Federal Rule of Civil Procedure, Rule 70 and California Code of Civil Procedure §§ 714.010, 714.020, 714.030, 712.010 and 712.020.

## I.   GOOD CAUSE EXISTS FOR EX PARTE RELIEF

Exigent circumstances exist to issue an order ex parte because the Leased Property, with the exception of the modular home, is of such a nature that it can be easily removed, concealed, transferred and/or sold to a third party, and that Leased Property is being held on the campus of Olivet whose officials have been reported as engaged in federal criminal conduct and who otherwise have control over the disposition of the Leased Property. *See* Declaration of Kennedy D. Nate ("Nate Decl."), ¶ 21. To date, Olivet has not returned the Leased Property nor shown any signs of voluntarily handling over the Leased Property. *See* Declaration of Jason A. McNeill ("McNeill Decl."), ¶6.

Second, there is a serious risk that Olivet could remove the Leased Property from its Riverside Campus, including because Olivet is facing criminal charges, has repeatedly refused to comply with the terms of the Judgment, and is willfully disobeying the United States District Court for the District of Utah's Order to return the Leased Property to AVT. *See* Nate Decl., ¶ 22 and *see also* McNeill Decl., ¶¶ 4-6.

**Olivet is Facing Criminal Charges:**

On or around November 15, 2018, the Manhattan District Attorneys' office announced that Olivet University and several of its officials had been indicted in a fraud and money laundering scheme. *See* Nate Decl., ¶19 (ManhattanDA.com, DA Vance Announces Indictment of Olivet University Officials and Christian Media CEO in $25 Million Fraud Probe Arising out of Newsweek Investigation).

Page 2

PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR WRIT OF POSSESSION; TURNOVER ORDER; PRIVATE PLACE ORDER AND SUBSTITUTE CUSTODIAN ORDER

**<u>Olivet Refuses To Comply with the Judgment and Is Willfully Disobeying the Court's Order:</u>**

On behalf of AVT, and beginning in or about February 2019 and carrying on thereafter, Jason A. McNeill, counsel for AVT, sent various written and telephonic demands to Olivet, as well as a copy of the executed Judgment, demanding return of the Leased Property in accordance with the Judgment and order to return said property. *See* McNeill Decl., ¶4. Mr. McNeill's written demands included various emails along with a written demand letter. *See* McNeill Decl., ¶4.

Additionally, on or about March 6, 2019, and during a telephone call Mr. McNeill had with Olivet's counsel at the time, Olivet's counsel told Mr. McNeill that the Leased Property was too important to Olivet's business operations to hand over, and therefore, Olivet would not voluntarily cooperate in returning the Leased Property. *See* McNeill Decl., ¶5.

 Third, because Olivet has nine campuses throughout the United States and also has substantial real estate holdings nationwide, there is a substantial risk that Olivet could relocate the Leased Property if AVT is not allowed to immediately seize the Leased Property. *See* Nate Decl., ¶ 23.

## II.    BACKGROUND

On October 5, 2018, in the United States District Court, District of Utah, AVT filed suit against Olivet for Breach of Contract; Breach of the Covenant of Good Faith and Fair Dealing; Writ of Replevin and Foreclosure of Security Interests on All Assets of Olivet.

On January 7, 2019, judgment was entered against Olivet and signed by the Honorable Judge Dee Benson for the United States District Court for the District of Utah.  *See* Declaration of Kevin A. Hoang ("Hoang Decl."), ¶ 5, Exhibit 1, which is a true and correct copy of the January 7, 2019 Judgment.

Paragraph 3 of the January 7, 2019 Judgment states in pertinent part:

"Plaintiff's request for a writ of replevin and an order immediately returning all of the Leased Property as defined in the Lease Schedules is GRANTED. The Leased Property includes, without limitation, the following property:

- Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5" hard drives with associated component, with Serial Nos.:
  - 46WTCH2,
  - 46WVCH2,
  - 46WWCH2,
  - 46XSCH2,
  - 46XTCH2,
  - 46XVCH2,
  - 46XWCH2,
  - 46YSCH2,
  - 46SWCH2,
  - 46TSCH2,
  - 46TTCH2,
  - 46TVCH2,
  - 46TWCH2, and
  - 46VSCH2.

- Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5" hard drives with associated component, with Serial Nos.:
  - 46VTCH2,
  - 46VVCH2,
  - 46VWCH2,
  - 46WSCH2,
  - 46YVCH2,
  - 46YWCH2,
  - 46ZSCH2,
  - 46ZTCH2,
  - 46ZVCH2,
  - 46ZWCH2,
  - 470TCH2,
  - 470VCH2,
  - 470WCH2, and
  - 471TCH2.

- 2,290 Sq. Ft. Single Family Modular Home with associated components.

- Assorted office furniture and workstations including delivery and assembly:
  - 50 trading desk,
  - 35 Allsteel workstations,
  - 21 Allsteel filing cabinets,
  - 29 Hon cabinets,
  - 75 Office star chairs,
  - 21 assorted chairs,
  - 11 executive desks,

Page 4

PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR WRIT OF POSSESSION; TURNOVER ORDER; PRIVATE PLACE ORDER AND SUBSTITUTE CUSTODIAN ORDER

- 6 conference and round tables,
- 2 large couches,
- 32 humanscale dual monitor arms,
- 16 conference table chairs,
- 2 long conference tables,
- 1 large round conference table,
- 4 global upholstery leather chairs, and
- 1 glass coffee table

Defendant is ORDERED to immediately return the Leased Property to Plaintiff."

On March 8, 2019, AVT registered the January 7, 2019 Judgment in the United States District Court for the Central District of California. *See* Hoang Decl., ¶ 7, Exhibit 2, which is a true and correct copy of the March 8, 2019 Clerk's Certification of a Judgment To Be Registered in Another District [docket no. 1].

### III.   LOCAL RULE 7-19.1

In accordance with Local Rule 7-19.1, Mr. Hoang, on behalf of AVT, conferred with Scott S. Bridge with the Law Offices of Kesler & Rust, counsel for Olivet, on March 11, 2020 at 10:15 a.m. via telephone and provided notice of AVT's intent to seek ex parte relief. *See* Hoang Decl., ¶ 8. Mr. Hoang further notified Mr. Bridge that any opposition must be filed not later than 24 hours after electronic service or hand service. *Id.* Mr. Hoang offered to serve the Ex Parte Application both electronically and by hand. *Id.* Mr. Bridge informed Mr. Hoang to only serve by E-mail. *Id.* Mr. Bridge's contact information is as follows: 68 South Main Street, Suite 200, Salt Lake City, Utah, 84101, Telephone: 801-532-8000, Email: sbridge@kelerrust.com. Mr. Bridge informed AVT that he was not sure whether Defendant and Judgment Debtor Olivet University ("Olivet") will oppose AVT's request but that he will inquire. *Id.*

### IV.   CONCLUSION

For these reasons, AVT respectfully requests that the Court issue orders ex parte for the following: (1) Writ of Possession; (2) Turnover Order; (3) Private Place Order and (4) Substitute Custodian Order.

This ex parte application is based upon a Memorandum of Points and

Page 5

PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR WRIT OF POSSESSION; TURNOVER ORDER; PRIVATE PLACE ORDER AND SUBSTITUTE CUSTODIAN ORDER

1 Authorities, the Declarations of Kennedy D. Nate, Jason A. McNeill and Kevin A. Hoang in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed by this Court.

DATED: March 11, 2020

By: _/s/ RONALD P. SLATES

Ronald P. Slates, State Bar #43712
rslates2@rslateslaw.com
RONALD P. SLATES, P.C.
500 South Grand Avenue, Biltmore Tower Suite 2010, Los Angeles, California 90071
Telephone: (213) 624-1515

*Attorneys for Plaintiff and Judgment Creditor - AVT NEW YORK, L.P., a Utah limited partnership*