1  RONALD P. SLATES, State Bar #43712
2  RONALD P. SLATES, A PROFESSIONAL CORPORATION
   500 South Grand Avenue, Biltmore Tower Suite 2010
3  Los Angeles, California 90071
4  (213) 624-1515 / FAX (213) 624-7536
   Rslates2@rslateslaw.com
5
   Attorneys for Plaintiff AVT – NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| AVT – NEW YORK, L.P., a Utah limited partnership, | CASE NO. 5:20-cv-00269-VAP |
|---|---|
| Plaintiff, | **DECLARATION OF JASON A. MCNEILL** |
| v. | |
| OLIVET UNIVERSITY, a California corporation, | |
| Defendant. | |

I, Jason A. McNeill, declare and state as follows:

   1.   I am an individual over the age of eighteen (18), and am competent to testify to the matters set forth herein. If called as a witness, I could and would testify from my own personal knowledge regarding the matters set forth in this Declaration.

   2.   I am a partner at the law firm of MCNEILL VON MAACK, and a member in good standing of the Utah State Bar.

   3.   I represent AVT – New York ("Plaintiffs' or "AVT") in

1

this case, and as such, have personal knowledge of the facts set forth herein.

4. On behalf of AVT, and beginning in or about February 2019 and carrying on thereafter, I have sent various written and telephonic demands to Defendant, as well as a copy of the executed Judgment, demanding payment of the Judgment amount and return of the Leased Property in accordance with the Judgment and order to return said property. My written demands included various emails along with a written demand letter.

5. Additionally, on or about March 6, 2019, and during a telephone call I had with Olivet's counsel at the time, Defendant's counsel told me that the Leased Property was too important to Olivet's business operations to hand over, and therefore, Defendant would not voluntarily cooperate in returning the Leased Property.

6. To date, Olivet has not paid the Judgment amount, returned the Leased Property nor shown any signs of voluntarily handing over the Leased Property.

1  I declare under penalty of perjury that the foregoing is true and
2  correct. Executed on the 5th day of March, 2020, at Salt Lake City, Utah.

_____
Jason A. McNeill

3