RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
Rslates2@rslateslaw.com

Attorneys for Plaintiff AVT – NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT – NEW YORK, L.P., a Utah limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> OLIVET UNIVERSITY, a California corporation, <br><br> Defendant. | CASE NO.  5:20-cv-00269-VAP <br><br> **DECLARATION OF KENNEDY D. NATE** |

I, Kennedy D. Nate, declare and state as follows:

1. I am over twenty-one years of age and have personal knowledge of the facts in this declaration (the "Declaration"). If asked to testify, I would and could testify as to the matters set forth herein.

2. I am an attorney with the law firm of MCNEILL VON MAACK ("MVM"), and a member in good standing of the Utah State Bar.

3. My law firm and I represent Plaintiff AVT –New York, L.P. ("Plaintiff") in the above-captioned matter.

4. On or around January 7, 2019, the Utah Federal District Court entered a default judgment against Olivet University ("Olivet") in the amount of "$4,901,413.34, plus post-judgment interest accruing from the date of this Judgment at the contractual rate of 18% per annum until paid in full plus attorney fees incurred in collecting the judgment balance pursuant to the parties' contract." [Judgment Against Olivet University, Dkt. 13 (hereinafter referred to as the "Judgment").]

5. As part of the Judgment, the Utah court ordered Olivet to return the "Leased Property", which was defined as follows:

- Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5" hard drives with associated component, with Serial Nos.:
    - 46WTCH2,
    - 46WVCH2,
    - 46WWCH2,
    - 46XSCH2,
    - 46XTCH2,
    - 46XVCH2,
    - 46XWCH2,
    - 46YSCH2,
    - 46SWCH2,
    - 46TSCH2,
    - 46TTCH2,
    - 46TVCH2,
    - 46TWCH2, and
    - 46VSCH2.

- Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5" hard drives with associated component, with Serial Nos.:

2

- o 46VTCH2,
- o 46VVCH2,
- o 46VWCH2,
- o 46WSCH2,
- o 46YVCH2,
- o 46YWCH2,
- o 46ZSCH2,
- o 46ZTCH2,
- o 46ZVCH2,
- o 46ZWCH2,
- o 470TCH2,
- o 470VCH2,
- o 470WCH2, and
- o 471TCH2.

- 2,290 Sq. Ft. Single Family Modular Home with associated components.

- Assorted office furniture and workstations including delivery and assembly:
  - o 50 trading desk,
  - o 35 Allsteel workstations,
  - o 21 Allsteel filing cabinets,
  - o 29 Hon cabinets,
  - o 75 Office star chairs,
  - o 21 assorted chairs,
  - o 11 executive desks,
  - o 6 conference and round tables,
  - o 2 large couches,
  - o 32 humanscale dual monitor arms,
  - o 16 conference table chairs,
  - o 2 long conference tables.
  - o 1 large round conference table,
  - o 4 global upholstery leather chairs, and
  - o 1 glass coffee table.

[*Id.* at 1-2, Dkt. 13.]

6. The Leased Property is owned by Plaintiff; it has merely been leased to Olivet.

7. To date, Olivet has refused to return any of the aforementioned

Leased Property.

**The February 2020 Supplemental Hearing**

8. On January 14, 2020, the Utah court ordered either Barnabas Jung, Olivet's CFO, or Tracy Davis, Olivet's president, to appear for a judgment debtor's examination, which would be held on February 13, 2020.

9. On February 13, 2020, Olivet produced Barnabas Jung for examination under oath at the Unites States District Court for the District of Utah.

10. During the examination, Mr. Jung confirmed that Olivet is still in possession of the Leased Property identified in the Judgment.

11. In particular, Mr. Jung confirmed that the servers listed in the Judgment are currently located at 36401 Tripp Flats Road, Anza, California, 92539 (the "Riverside Campus"), in a server room located next to the chapel at the university.

12. Prior to Mr. Jung's testimony, Defendant would not disclose to Plaintiff where the Leased Property was being held or if it was still in Olivet's possession.

13. I asked Mr. Jung if Olivet would agree to release the Leased Property to Plaintiff, to which Mr. Jung responded that he would have to talk to his counsel and other officers of Olivet before he could answer that question.

4

14. Mr. Jung testified that he was aware of both the January 7, 2019 Judgment and the Court's order that Olivet return the Leased Property.

15. Despite such order and Judgment, Mr. Jung testified that he would have to talk to his counsel officers of Olivet before he could answer that question.

16. Mr. Jung also testified that Olivet currently has no less than nine (9) different campuses nationwide and that Olivet owns various other real property located throughout the United States.

17. Olivet would not agree to return the Leased Property.

18. To date, Olivet has not returned the Leased Property or otherwise agreed to allow Plaintiff to enter onto the university's property to recover the Leased Property.

**Indictment of Olivet and Danger of Dissipation of Assets**

19. On or around November 15, 2018, the Manhattan District Attorneys' office announced that Olivet University and several of its officials had been indicted in a fraud and money laundering scheme. [*See* MANHATTANDA.COM, DA Vance Announces Indictment of Olivet University Officials and Christian Media CEO in $25 Million Fraud Probe Arising out of Newsweek Investigation, https://www.manhattanda.org/da-vance-announces-indictment-of-olivet-university-officials-and-christian-media-ceo-in-25-million-fraud-probe-arising-out-of-newsweek-investigation/ (last visited

March 5, 2020).]

20. Olivet also pleaded guilty to the allegations on or around February 20, 2020. [*See* NEWYORKPOST.COM, Bible school Olivet University pleads guilty in money-laundering case, https://nypost.com/2020/02/20/bible-school-olivet-university-pleads-guilty-in-money-laundering-case/ (last visited March 5, 2020).]

21. Exigent circumstances exist to issue an order ex parte because the Leased Property, with the exception of the modular home, is of such a nature that it can be easily removed, concealed, transferred and/or sold to a third party, and that the Leased Property is being held on the campus of Olivet whose officials have been reported as engaged in federal criminal conduct and who otherwise have control over the disposition of the Leased Property.

22. There is also a serious risk that Olivet could remove the Leased Property from its Riverside Campus, including because Olivet has pleaded guilty to criminal charges, has repeatedly refused to comply with the Judgment, and is willfully disobeying the United States District Court for the District of Utah's Order to return the Leased Property. [*See also* Declaration of Jason A. McNeill, ¶¶ 4-6.]

Because Olivet has so many different campuses throughout the United States and also has substantial real estate holdings nationwide, there is a substantial risk that Olivet could relocate the Leased Property if Plaintiff is

not allowed to immediately seize the Leased Property. **The February 2020 Supplemental Document Production**

23. On February 21, 2020, Olivet produced a Supplemental Document Production, which included a spreadsheet identifying all of Olivet's personal and real property. Attached hereto and incorporated herein by reference as Exhibit 1 is a true and correct copy of the spreadsheet that Olivet produced.

24. In the aforementioned February 21, 2020 spreadsheet, Olivet identified eight real properties that it owns in Anza, California. The addresses of those eight real properties are as follows: 52675 Ardwell Drive, 52790 Ardwell Drive, 36401 Tripp Flats Road, 36807 Tripp Flats Road, 36850 Tripp Flats Road, 37071 Tripp Flats Road, 52015 Saddleback Road and 38370 Indian Road.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 5th day of March, 2020, at Salt Lake City, Utah.

_____
Kennedy D. Nate

# EXHIBIT 1

| Date | | Description | Memo | Cost basis | Category | Financing |
|---|---|---|---|---|---|---|
| 2/16/2011 | OU | Binghamton EC Kirkwood,NY (Building) | | 28,679.02 | Land | With Mortgage Financing |
| 1/31/2011 | OU | Binghamton BH Conklin,NY (Building) | | 35,256.18 | Land | With Mortgage Financing |
| 11/27/2012 | OU | Des Moines, IA (Building) | | 26,475.55 | Land | |
| 6/17/2013 | OU | Atlanta, GA (Building) | | 34,101.09 | Land | With Mortgage Financing |
| 4/17/2013 | OU | Houston, TX (Building) | | 342,869.94 | Land | With Mortgage Financing |
| 12/31/2013 | OU | Nashville, TN (Building) | | 549,611.59 | Land | |
| 7/25/2014 | OU | Atlanta, GA (Building)-953 MLK | | 266,094.69 | Land | With Mortgage Financing |
| 12/16/2014 | OU | Anza, CA(Building) | Environmental Survey | 9,614.00 | Land | |
| 1/15/2015 | OU | Anza, CA(Building) | Appraisal Fee | 14,655.00 | Land | |
| 2/19/2015 | OU | Anza, CA(Building) | | 3,500,000.00 | Land | With Mortgage Financing |
| 11/23/2015 | OU | Anza, CA(Building)-36 ACRE LAND | | 200,000.00 | Land | |
| 1/27/2017 | OU | Anza, CA(Building)-52790 Ardwell Dr | | 76,775.65 | Land | With Mortgage Financing |
| 3/20/2017 | OU | Anza, CA(Building)-36850 Tripp Flats Road | | 173,740.33 | Land | With Mortgage Financing |
| 7/13/2017 | OU | 52015 Saddleback Rd, Anza CA 92539 | | 84,989 | Land | With Mortgage Financing |
| 8/2/2017 | OU | 36807 Tripp Flats Rd, Anza CA | | 178,727 | Land | With Mortgage Financing |
| 11/13/2017 | OU | 1539 Route 22, Wingdale, NY 12594 | | 224,020.34 | Land | With Mortgage Financing |
| 1/18/2018 | OU | 37071 Tripp Flats Rd, Anza CA | | 381,784 | Land | With Mortgage Financing |
| 2/16/2018 | OU | 80 Land | | 301,270.00 | Land | With Mortgage Financing |
| 5/25/2018 | OU | 38370 Indian Rd, Anza CA | | 359,457 | Land | With Mortgage Financing |
| 12/17/2018 | OU | 52675 Ardwell Drive, Anza, CA 92539 | | 153,080.40 | Land | With Mortgage Financing |
| 12/28/2018 | OU | 1457 Rt22 windale, NY12594 | | 34,998.69 | Land | With Mortgage Financing |
| 5/31/2019 | OU | 24 Cottage Ave, Wingdale, NY 12594 | | 16,048.55 | Land | With Mortgage Financing |
| | | | Subtotal | 6,992,248 | | |
| | | | | 7,106,648 | | |
| | | | | | | |
| 2/16/2011 | OU | Binghamton EC Kirkwood,NY (Building) | | 471,320.98 | Building | With Mortgage Financing |
| 1/31/2011 | OU | Binghamton BH Conklin,NY (Building) | | 274,743.82 | Building | With Mortgage Financing |
| 11/27/2012 | OU | Des Moines, IA (Building) | | 73,524.45 | Building | |
| 6/17/2013 | OU | Atlanta, GA (Building) | | 290,898.91 | Building | With Mortgage Financing |
| 4/17/2013 | OU | Houston, TX (Building) | | 157,130.06 | Building | With Mortgage Financing |
| 7/26/2013 | DG | Dover, NY (Building) | | | Building | |
| 12/31/2013 | OU | Nashville, TN (Building) | | 295,388.41 | Building | |
| 7/25/2014 | OU | Atlanta, GA (Building)-953 MLK | | 144,819.79 | Building | With Mortgage Financing |
| 7/25/2014 | DG | Dover, NY (Building)-Haven House | | | Building | |
| 2/19/2015 | OU | Anza, CA(Building) | | 7,166,167.14 | Building | |
| 7/1/2015 | OU-ADJ | Anza, CA(Building)-To adjust property tax impound pad | | -19,688.00 | | |
| 7/1/2015 | | To adjust past year(6/30/15) building depreciation for Anza, CA(Building) due to asset amount change | | | | |
| 7/1/2015 | | To adjust past year(6/30/15) building depreciation for Dover, NY(Building) - Haven House | | | | |
| 1/27/2017 | OU | Anza, CA(Building)-52790 Ardwell Dr | | 413,224.35 | Building | With Mortgage Financing |
| 3/20/2017 | OU | Anza, CA(Building)-36850 Tripp Flats Road | | 19,259.67 | Building | With Mortgage Financing |
| 7/13/2017 | OU | 52015 Saddleback Rd, Anza CA 92539 | | 36,423.98 | Building | With Mortgage Financing |
| 8/2/2017 | OU | 36807 Tripp Flats Rd, Anza CA | | 331,921.20 | Building | With Mortgage Financing |
| 11/13/2017 | OU | 1539 Route 22, Wingdale, NY 12594 | | 135,215.62 | Building | With Mortgage Financing |
| 1/18/2018 | OU | 37071 Tripp Flats Rd, Anza CA | | 286,338.00 | Building | With Mortgage Financing |
| 5/25/2018 | OU | 38370 Indian Rd, Anza CA | | 208,268.21 | Building | With Mortgage Financing |

| Date | Type | Description | Vendor/Notes | Amount | Category | Financing |
|---|---|---|---|---|---|---|
| 12/17/2018 | OU | 52675 Ardwell Drive, Anza, CA 92539 | | 277,995.10 | Building | With Mortgage Financing |
| 12/28/2018 | OU | 1457 Rt22 windale, NY12594 | | 321,713.19 | Building | With Mortgage Financing |
| 5/31/2019 | OU | 24 Cottage Ave, Wingdale, NY 12594 | | 137,443.71 | Building | With Mortgage Financing |
| | | | **Subtotal** | **11,022,109** | | |
| | | | | **11,432,170** | | |
| | | | | | | |
| 2/5/2008 | OU | Library Books | Richard L. Stevens and Pamela R. Stevens | 800,000.00 | Library Books | |
| 9/28/2015 | OU | Library Books | Pamela Stevens | 50,000.00 | Library Books | |
| 7/1/2015 | OU-ADJ | To match past year(6/30/15) accum library depreciation amount | | | | |
| | | | **Subtotal** | **850,000** | | |
| | | | | *"Per TB"* | | |
| 10/21/2010 | OU | Dell Computers | | 684,696.95 | Furniture and Equipment | |
| 9/4/2008 | OU | Broadcasting Camera Equipment | | 57,808.75 | Furniture and Equipment | |
| 6/20/2012 | OU | Copiers and Routing Equipment | | 41,396.76 | Furniture and Equipment | |
| 6/27/2014 | OU | Pacific Western Equipment Finance(Equipment Lease) | | 6,110,449.02 | Furniture and Equipment | |
| 8/13/2014 | OU | Faculty Housing Furniture | West Coast Hotel Liquidation | 7,182.34 | Furniture and Equipment | |
| 10/17/2014 | OU | Chapel Chairs | CJ Commercial Furniture | 20,478.25 | Furniture and Equipment | |
| 10/10/2014 | OU | Library Furniture | Kwan Yoon | 6,300.00 | Furniture and Equipment | |
| 10/21/2014 | OU | Student Housing Beds and Mattress | Peaceful Living Furniture | 47,304.00 | Furniture and Equipment | |
| 10/9/2015 | OU | Computer for Lab- Dell laptops | | 9,645.49 | Furniture and Equipment | |
| 1/1/2016 | OU | Pacific Western Equipment Finance(Equipment Lease)-04A | | 451,727.87 | Furniture and Equipment | |
| 3/1/2016 | OU | Pacific Western Equipment Finance(Equipment Lease)-005 | | 734,019.00 | Furniture and Equipment | |
| 5/1/2016 | OU | Pacific Western Equipment Finance(Equipment Lease)-006 | | 492,855.00 | Furniture and Equipment | |
| 5/1/2016 | OU | Pacific Western Equipment Finance(Equipment Lease)-007 | | 475,570.00 | Furniture and Equipment | |
| 7/1/2016 | OU | Bofi Federal Bank(Equipment Lease)-008 | | 3,005,000.00 | Furniture and Equipment | |
| 7/12/2016 | OU | Computer-Twin City Computer | | 8,800.00 | Furniture and Equipment | |
| 8/10/2016 | OU | Bofi Federal Bank(Equipment Lease)-009 | | 805,089.60 | Furniture and Equipment | |
| 10/10/2016 | OU | Bofi Federal Bank(Equipment Lease)-010 | | 1,265,140.80 | Furniture and Equipment | |
| 8/6/2016 | OU | US BANK(Equipment Lease) | | 124,371.08 | Furniture and Equipment | |
| 8/1/2016 | OU | US BANK(Equipment Lease) | | 2,348,339.89 | Furniture and Equipment | |
| 8/31/2016 | OU | KS State BANK(Equipment Lease) | | 951,911.66 | Furniture and Equipment | |
| 9/1/2016 | OU | Nation Equipment Finance(Equipment Lease)-001 | | 941,911.66 | Furniture and Equipment | |
| 10/1/2016 | OU | Nation Equipment Finance(Equipment Lease)-002 | | 881,911.66 | Furniture and Equipment | |
| 9/1/2016 | OU | M-Theory Group-Royal Bank America Leasing LP(Equipment Lease) | | 125,987.38 | Furniture and Equipment | |
| 9/1/2016 | OU | M-Theory Group-ECN Capital(Equipment Lease) | | 125,987.38 | Furniture and Equipment | |
| 10/10/2016 | OU | M-Theory Group-M2 Lease Funds LLC(Equipment Lease) | | 125,987.38 | Furniture and Equipment | |
| 11/30/2016 | OU | M-Theory Group-HP Financial services(Equipment Lease) | | 251,974.76 | Furniture and Equipment | |
| 9/28/2016 | OU | First Citizen BANK(Equipment Lease) | | 998,388.40 | Furniture and Equipment | |
| 10/1/2016 | OU | GSG Financial(Equipment Lease) | | 274,831.90 | Furniture and Equipment | |
| 10/25/2016 | OU | Video Camera(Dover) | | 3,215.59 | Furniture and Equipment | |
| 11/1/2016 | OU | Crestmark Equipment Finance(Equipment Lease) | | 486,771.00 | Furniture and Equipment | |
| 11/17/2016 | OU | John Savoy + Son Inc (inv# 25301) - SINGLE SMART BED W/METAL CHANNEL INSERT (adjusted value) | | 7,465.82 | Furniture and Equipment | |

| Date | | Description | Note | Amount | Category | |
|---|---|---|---|---|---|---|
| 11/17/2016 | OU | John Savoy + Son Inc (inv# 25301) - NYLON COVERED INVERTED SEAM MATTRESS (adjusted value) | | 5,712.22 | Furniture and Equipment | |
| 11/17/2016 | OU | John Savoy + Son Inc (inv# 25301) - NITTANY PEDESTAL DESK W/PENCIL DWR, 45W (adjusted value) | | 10,243.80 | Furniture and Equipment | |
| 11/17/2016 | OU | John Savoy + Son Inc (inv# 25301) - NITTANY 3-DRAWER CHEST, 30W (adjusted value) | | 8,333.94 | Furniture and Equipment | |
| 11/17/2016 | OU | John Savoy + Son Inc (inv# 25301) - 2-POSITION CHAIR, WOOD SEAT/BACK (adjusted value) | | 4,601.03 | Furniture and Equipment | |
| 1/1/2017 | OU | Tetra Financial Group LLC(Equipment Lease)-001 | | 499,016.04 | Furniture and Equipment | |
| 1/1/2017 | OU | Tetra Financial Group LLC(Equipment Lease)-002 | | 499,016.04 | Furniture and Equipment | |
| 1/1/2017 | OU | Tetra Financial Group LLC(Equipment Lease)-004 | | 308,000.00 | Furniture and Equipment | |
| 5/1/2017 | OU | Tetra Financial Group LLC(Equipment Lease)-006 | | 1,356,017.00 | Furniture and Equipment | |
| 4/1/2017 | OU | Tetra Financial Group LLC/AVT(Equipment Lease)-003 | | 789,090.24 | Furniture and Equipment | |
| 3/1/2017 | OU | Tetra Financial Group LLC/AVT(Equipment Lease)-005 | | 1,902,175.24 | Furniture and Equipment | |
| 4/1/2017 | OU | Tetra Financial Group LLC/AVT(Equipment Lease)-007 | | 49,691.80 | Furniture and Equipment | |
| 5/1/2017 | OU | Tetra Financial Group LLC(/AVTEquipment Lease)-008 | | 368,000.00 | Furniture and Equipment | |
| 4/1/2017 | OU | Tetra Financial Group LLC/AVT(Equipment Lease)-009 | | 998,000.00 | Furniture and Equipment | |
| 9/7/2016 | OU | BankUnited - Barclay(2nd floor furniture) | | 113,224.59 | Furniture and Equipment | |
| 7/1/2017 | OU | Hitachi Capital(Equipment Lease) | | 800,000.00 | Furniture and Equipment | |
| 7/1/2017 | OU | Cobra Capital(Equipment Lease)-001 | | 646,500.00 | Furniture and Equipment | |
| 7/1/2017 | OU | Cobra Capital(Equipment Lease)-002 | | 850,000.00 | Furniture and Equipment | |
| 7/1/2017 | OU | TCS Equipment Finance(Equipment Lease)-001 | | 1,400,000.00 | Furniture and Equipment | |
| 7/1/2017 | OU | CHG Meridian(Equipment Lease) | | 174,929.28 | Furniture and Equipment | |
| 7/17/2017 | OU | Exxact Corporation | | 26,950.00 | Furniture and Equipment | |
| 7/24/2017 | OU | Exxact Corporation | | 23,369.00 | Furniture and Equipment | |
| 8/1/2017 | OU | Data Sales Co(Equipment Lease) | | 97,405.99 | Furniture and Equipment | |
| 8/4/2017 | OU | Freedom Bank(Equipment Lease) | | 140,478.00 | Furniture and Equipment | |
| 8/9/2017 | OU | Bookshelving | | 112,730.00 | Furniture and Equipment | |
| 8/24/2017 | OU | TCS Equipment Finance(Equipment Lease)-002 | | 500,000.00 | Furniture and Equipment | |
| 9/21/2017 | OU | TCS Equipment Finance(Equipment Lease)-003 | | 116,255.62 | Furniture and Equipment | |
| 4/2/2018 | OU | Byline Financial Group(Equipment Lease) | | 490,680.00 | Furniture and Equipment | |
| 6/26/2018 | OU | Superior Mattress | | 3,000.00 | Furniture and Equipment | |
| 5/1/2018 | OU | Wells Fargo Financial Leasing.Inc(Equipment Lease)-001 | | 154,853.00 | Furniture and Equipment | |
| 5/1/2018 | OU | Wells Fargo Financial Leasing.Inc(Equipment Lease)-002 | | 87,515.00 | Furniture and Equipment | |
| | | | Subtotal | 34,408,307 | | |
| | | | | "Per TB" | | |
| 6/30/2013 | OU | Building improvement-Dover, NY (Building) | Assessment / apprasal fee for the new building to be acquired in Jul 2013 | 60,000.00 | Building Improvement | |
| 6/30/2015 | OU | Building improvement-Anza, CA(Building) and Des Moines, IA (Build | under construction | 1,278,717.86 | Building Improvement | |
| 6/30/2016 | OU | Building improvement-Anza, CA(Building) and Des Moines, IA (Build | under construction | 398,096.00 | Building Improvement | |
| 6/30/2017 | OU | Building improvement-Anza, CA(Building) and Des Moines, IA (Build | under construction | 1,434,383.30 | Building Improvement | |
| 6/30/2018 | OU | Building improvement-Anza, CA(Building) and Des Moines, IA (Build | under construction | 594,798.26 | Building Improvement | |
| 6/30/2019 | OU | Building improvement-Anza, CA(Building) and Des Moines, IA (Building) | | 562,905.00 | Building Improvement | |
| | | | Subtotal | 4,328,900 | | |
| | | | | "Per TB" | | |
| 6/30/2015 | OU | Land Improvement-Anza, CA(Building) | | 149,481.94 | Land Improvement | |
| 6/30/2016 | OU | Land Improvement-Anza, CA(Building) | | 34,142.95 | Land Improvement | |

| Date | Type | Category | Description | Amount | Class | |
|---|---|---|---|---|---|---|
| 6/30/2017 | OU | Land Improvement-Anza, CA(Building) | | 687,208.42 | Land Improvement | |
| 6/30/2018 | OU | Land Improvement-Anza, CA(Building) | | 65,724.54 | Land Improvement | |
| 6/30/2019 | OU | Land Improvement-Anza, CA(Building) | | 215.46 | Land Improvement | |
| | | | Subtotal | 936,773 | | |
| | | | | *"Per TB"* | | |
| | | | | | | |
| 11/17/2014 | OU | Vehicle | Chevy Astro Van Van | 3,000.00 | Vehicle | |
| 11/10/2014 | OU | Vehicle | Kubota Tractor-MODEL T1510 | 31,213.88 | Vehicle | |
| 5/11/2016 | OU | Vehicle | Kubota Tractor- MODEL MX5200HST | 31,886.50 | Vehicle | |
| 5/12/2016 | OU | Vehicle | Kubota Tractor- MODEL ZD326HL-72,ZD326P-60 | 27,046.00 | Vehicle | |
| 5/12/2016 | OU | Vehicle | Kubota Tractor- MODEL RTV-X1100CWL-HS | 20,024.40 | Vehicle | |
| 5/25/2016 | OU | Vehicle | Kubota Tractor- MODEL M7060HD12 | 57,061.50 | Vehicle | |
| 5/25/2016 | OU | Vehicle | Kubota Tractor- MODEL RTV-X1140WL-HS | 18,007.00 | Vehicle | |
| 6/10/2016 | OU | Vehicle | Kubota Tractor- MODEL ZD326HL-72 | 13,946.00 | Vehicle | |
| 1/30/2017 | OU | Vehicle | 2016 FORD T350, Account #: 54491846, VIN: 1FBZX2ZM8GKB31328 | 40,494.33 | . | |
| 6/10/2017 | OU | Vehicle | 2016 FORD T350, VIN: 1FBZX2ZMXGKB53945 | 39,567.21 | Vehicle | |
| 11/17/2017 | OU | Vehicle | Ally-ACC.#:611-9266-35673, VIN:2C4RC1BG4HR540113, 72mTerm | 28,428.20 | Vehicle | |
| 11/27/2017 | OU | Vehicle | Account Number:55576396, VIN:1FBAX2CG2HKB34646, Contract date:10/27/2017 | 45,334.32 | Vehicle | |
| 5/3/2018 | OU | Vehicle | Iron Eagle Trailers | 6,583.50 | Vehicle | |
| | | | Subtotal | 362,593 | | |
| | | | | *"Per TB"* | | |
| | | | | | | |
| | | | GRAND TOTAL | 59,425,392 | | |
| | | | | *"Per TB"* | | |
| | | | | | | |
| | | To adjust past year depreciation | | | | |