RONALD P. SLATES, State Bar #43712
RONALD P.  SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership, | CASE NO. 5:20-cv-00269-VAP |
| Plaintiff, | **PLAINTIFF AND JUDGMENT CREDITOR AVT'S APPLICATION FOR WRIT OF POSSESSION** |
| vs. | |
| OLIVET UNIVERSITY, a California corporation, | The Hon. Virginia A. Phillips, Chief District Judge |
| Defendant. | Crtrm:  8A, 8th Floor |
| | Place:  350 West 1st Street |
| | Los Angeles, CA 90012 |
| | Judgment entered on January 7, 2019 |

a.    The date of issuance of the writ will be entered by the Clerk's Office upon the signature of the Court.

b.    The title of the court where the judgment for possession or sale is entered and the cause and number of the action is as follows:

i.    United States District Court for the District of Utah with a cause and number of 2:18-cv-00728.

ii.    The judgment was registered on March 8, 2019 in the United States District Court for the Central District of California, [docket no.1], with a cause and number of 5:20-cv-00269-VAP.

c.    The name and address of the creditor and the name and last known address of the judgment debtor (if the judgment debtor is other than a natural person, the type of legal entity) is as follows:

i.    The name of the creditor is AVT - New York, L.P., a Utah limited partnership.

ii.    The name of the judgment debtor is OLIVET UNIVERSITY, a California corporation.  The last known address of the judgment debtor is 36401 Tripp Flats Road, Anza, California, 92539.

d.    The date the judgment was entered, and the date of any subsequent renewals, and where entered in the records of the court is as follows:

i.    The date the judgment was entered was January 7, 2019 in the United States District Court for the District of Utah, [docket no.13].

ii.    The date the judgment was registered in the United States District Court for the Central District of California was March 8, 2019 [docket no.1].

e.    If the judgment for possession or sale includes a money judgment, the amount required to satisfy the money judgment on the date the writ is issued, and the amount of interest accruing daily on the principal amount of the judgment from the date the writ is issued may be included on the writ at the option of the creditor.

i.    The amount required to satisfy the money judgment on the date the writ is issued, if issued on March 11, 2020 is $3,587,604.74.

ii.    The amount of interest accruing daily on the principal amount of the judgment from the date the writ is issued is $1,677.40.

f.    Whether any person has requested notice of sale under the judgment and,

PLAINTIFF AND JUDGMENT CREDITOR AVT'S APPLICATION FOR WRIT OF POSSESSION

Donald P. Oates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

1  if so, the name and address of that person.

2      i.    No person has requested notice of sale under the judgment.

3  g.    Any other information required to be included in the particular writ:

4      i.    Writ of possession of personal property.

5      ii.    The writ is issued on a registered judgment.

6      iii.    A description of the property to be delivered to the judgment

7      creditor in satisfaction of the judgment is as follows:

8      •    Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4

9      1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T

10      (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5"

11      hard drives with associated component, with Serial Nos.:

12      •    46WTCH2,

13      •    46WVCH2,

14      •    46WWCH2,

15      •    46XSCH2,

16      •    46XTCH2,

17      •    46XVCH2,

18      •    46XWCH2,

19      •    46YSCH2,

20      •    46SWCH2,

21      •    46TSCH2,

22      •    46TTCH2,

23      •    46TVCH2,

24      •    46TWCH2, and

25      •    46VSCH2.

26      •    Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4

27      1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T

28

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

1  (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5"

2  hard drives with associated component, with Serial Nos.:

3  • 46VTCH2,

4  • 46VVCH2,

5  • 46VWCH2,

6  • 46WSCH2,

7  • 46YVCH2,

8  • 46YWCH2,

9  • 46ZSCH2,

10  • 46ZTCH2,

11  • 46ZVCH2,

12  • 46ZWCH2,

13  • 470TCH2,

14  • 470VCH2,

15  • 470WCH2, and

16  • 471TCH2.

17  • 2,290 Sq. Ft. Single Family Modular Home with associated

18  components.

20  • Assorted office furniture and workstations including delivery

21  and assembly:

22  • 50 trading desk,

23  • 35 Allsteel workstations,

24  • 21 Allsteel filing cabinets,

25  • 29 Hon cabinets,

26  • 75 Office star chairs,

27  • 21 assorted chairs,

28  • 11 executive desks,

1           •     6 conference and round tables,

2           •     2 large couches,

3           •     32 humanscale dual monitor arms,

4           •     16 conference table chairs,

5           •     2 long conference tables,

6           •     1 large round conference table,

7           •     4 global upholstery leather chairs, and

8           •     1 glass coffee table

iv.    The value of the property if specified in the judgment or a supplemental order.

(a) No value of the property was specified in the judgment or a supplemental order because the property belongs to Judgment Creditor AVT and is not part of the money amount of the Judgment.

h.    A statement indicating whether the case is limited or unlimited:

i.    The case is unlimited.

Please see the concurrently filed Declaration of Kennedy D. Nate, Jason A. McNeill and Kevin A. Hoang in support of Application for Writ of Possession.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California.

DATED:  March 11, 2020             AVT - NEW YORK, L.P., a Utah limited partnership

/S/ RONALD P. SLATES

_____

By: Ronald P. Slates, State Bar #43712
*Attorneys for Plaintiff and Judgment Creditor - AVT New York, L.P., a Utah limited partnership*

500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

*Ronald P. Slates, A Professional Corporation*

1

### NOTICE TO PERSON SERVED

2

**WRIT OF EXECUTION OR SALE.** Your rights and duties are indicated on the accompanying Notice of Levy (form EJ-150).

3

4

**WRIT OF POSSESSION OF PERSONAL PROPERTY.** If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order.

5

6

**WRIT OF POSSESSION OF REAL PROPERTY.** If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises.

7

8

9

10

11

**EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED.** If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form Claim of Right to Possession and Notice of Hearing (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer.

12

13

14

15

16

**EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.** If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you. You must complete the form Claim of Right to Possession and Notice of Hearing (form CP10) and give it to the sheriff or levying officer.
A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure.

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF AND JUDGMENT CREDITOR AVT'S APPLICATION FOR WRIT OF POSSESSION

500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536
*Donald P. Oates, A Professional Corporation*