RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> OLIVET UNIVERSITY, a California corporation, <br><br> Defendant. | CASE NO. 5:20-cv-00269-VAP <br><br> **[PROPOSED] SUBSTITUTE CUSTODIAN ORDER PURSUANT TO WRIT OF POSSESSION** <br><br> The Hon. Virginia A. Phillips, Chief District Judge <br><br> Crtrm: 8A, 8th Floor <br> Place: 350 West 1st Street <br>        Los Angeles, CA 90012 <br><br> Judgment entered on January 7, 2019 |

    Upon application duly made by Plaintiff and Judgment Creditor AVT - NEW YORK, L.P., a Utah limited partnership ("AVT") and good cause having been shown therefor:

    AVT has retained Richard Carl Knapp as the substitute custodian storage facility for all items to be taken pursuant to the Writ of Possession.

IT IS ORDERED that upon transfer of custody of the Judgment Debtor OLIVET UNIVERSITY's, a California corporation, personal property (which is in the possession of Olivet University but owned by AVT) to the substitute custodian by the U.S. Marshal, the U.S. Marshal, his keeper, the United States of America, and the substitute custodian shall not be liable for any loss occurring while it remains in the custody of the substitute custodian.

IT IS FURTHER ORDERED that the substitute custodian shall move the seized personal property to its choice of premises. Thereafter, the substitute custodian shall move and transfer the seized personal property to AVT pursuant to the Writ of Possession issued by this Court and the Turnover Order granted by this Court.

IT IS FURTHER ORDERED that AVT shall hold harmless, indemnify, and defend the U.S. Marshal, his keeper, the United States of America, and the substitute custodian, whether the actions and activities of the aforesaid are negligent or not, against any claims and actions of any nature arising out of any actions or activities of any nature undertaken or performed by AVT (and its agents, servants, employees, or others from whom AVT is responsible), in relation to AVT's storage of the personal property that is the subject of the Writ of Possession issued by this Court in the above-captioned matter, including, but not limited to, claims and actions by AVT (and its agents, servants, employees, or others from whom AVT is responsible), and, further, shall hold harmless and defend the U.S. Marshal, his keeper, the United States of America, and the substitute custodian against all such claims and actions and shall be liable for payment and satisfaction of all judgments rendered or amounts agreed upon in settlement of such claims and actions, in addition to attorneys' fees, costs, disbursements, and court costs incurred in defending against such claims and actions.

DATED: _____, 2020

_____
The Hon. Virginia A. Phillips,
Chief District Judge