RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OLIVET UNIVERSITY, a California corporation,<br><br>　　　　Defendant. | CASE NO. 5:20-cv-00269-VAP<br><br>**[PROPOSED] PRIVATE PLACE ORDER PURSUANT TO WRIT OF POSSESSION**<br><br>The Hon. Virginia A. Phillips, Chief District Judge<br><br>Crtrm:  8A, 8th Floor<br>Place:  350 West 1st Street<br>　　　　Los Angeles, CA 90012<br><br>Judgment entered on January 7, 2019 |

　　　Upon application duly made by Plaintiff and Judgment Creditor AVT - NEW YORK, L.P., a Utah limited partnership ("AVT") and good cause having been shown therefor:

　　　AVT has learned that the personal property that is the subject of the Writ of Possession ("Writ") issued by this Court in the above-captioned matter is located at 36401 Tripp Flats Road, Anza, California, 92539, in a server room located next to the

chapel at the university (the "Premises").

IT IS SO ORDERED that:

1. The United States Marshal, in executing the Writ, may procure the services of a locksmith or utilize any other reasonable means necessary to gain access to the Premise and/or any other location (including but not limited to break open and enter the Premises and/or any other location) where the personal property is located to carry out the levy of said Writ, regardless of whether the above Premises and/or any other location are locked or unlocked (or otherwise closed) or occupied or unoccupied in order to take possession of the personal property.

2. Anyone interfering with the execution of this order shall be subject to arrest by the U.S. Marshal.

DATED: _____, 2020

_____
The Hon. Virginia A. Phillips,
Chief District Judge

[PROPOSED] PRIVATE PLACE