RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OLIVET UNIVERSITY, a California corporation,<br><br>　　　　Defendant. | CASE NO. 5:20-cv-00269-VAP<br><br>**EX PARTE APPLICATION FOR TWO PRIVATE PLACE ORDERS AND TWO SUBSTITUTE CUSTODIAN ORDERS IN CONNECTION WITH VEHICLES AND PERSONAL PROPERTY OF THE JUDGMENT DEBTOR OLIVET UNIVERSITY PURSUANT TO A WRIT OF EXECUTION**<br><br>The Hon. Virginia A. Phillips, Chief District Judge<br><br>Crtrm: 8A, 8th Floor<br>Place: 350 West 1st Street<br>　　　　Los Angeles, CA 90012<br><br>Judgment entered on January 7, 2019 |

**To the Honorable Virginia A. Phillips, Chief District Judge, the Judgment Debtor Olivet University, a California corporation and to their attorneys of record:**

Page 1

PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR
TWO PRIVATE PLACE ORDERS AND TWO SUBSTITUTE CUSTODIAN ORDERS

Plaintiff and Judgment Creditor AVT - New York, L.P., a Utah limited partnership ("AVT") requests ex parte relief to obtain: (1) a Private Place Order for the purpose of taking possession of Judgment Debtor Olivet University's vehicles which are described in particularity below; (2) a Substitute Custodian Order in connection with said vehicles; (3) a Private Place Order for the purpose of taking possession of Judgment Debtor Olivet University's personal property which is described in particularity below and (4) a Substitute Custodian Order in connection with said personal property to be taken in possession. Ex parte relief is based upon Federal Rule of Civil Procedure, Rule 64 and California Code of Civil Procedure §§ 699.030 and 700.030.

## I. GOOD CAUSE EXISTS FOR EX PARTE RELIEF

Exigent circumstances exist to issue orders ex parte because the vehicles and personal property of Judgment Debtor Olivet University ("Olivet") are of such a nature that they can be easily removed, concealed, transferred and/or sold to a third party (without notice to AVT), and the vehicles and personal property are being held on the campus of Olivet whose officials have been reported as engaged in federal criminal conduct and who otherwise have sole control over the disposition of the vehicles and personal property. *See* Declaration of Kennedy D. Nate ("Nate Decl."), ¶ 21.

Second, to date, the judgment remains unsatisfied. Olivet has paid $1,500,000 towards the Judgment, which was entered on January 7, 2019. However, the amount still due and owing is $3,540,637.54 (as of the issued February 12, 2020 Writ of Execution). *See* Declaration of Kevin A. Hoang ("Hoang Decl."), ¶ 5, Exhibit 1, which is a true and correct copy of the February 12, 2020 Writ of Execution.

Third, there is a serious risk that Olivet will remove the vehicles and personal property from its Riverside Campus, because: (a) Olivet is facing criminal charges, (b) Olivet has repeatedly refused to comply with the terms of the Judgment, and (c) Olivet continues to willfully disobey the United States District Court for the District of Utah's

PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR
TWO PRIVATE PLACE ORDERS AND TWO SUBSTITUTE CUSTODIAN ORDERS

Order to return Leased Property to AVT. *See* Nate Decl., ¶ 22 and *see also* McNeill Decl., ¶¶ 4-6. (The Leased Property are twenty-eight Dell PowerEdge R830 Servers, which have an estimated value of at least $500,000.)

**Olivet is Facing Criminal Charges:**

On or around November 15, 2018, the Manhattan, New York District Attorneys' office announced that Olivet University and several of its officials had been indicted in a fraud and money laundering scheme. *See* Nate Decl., ¶19 (ManhattanDA.com, DA Vance Announces Indictment of Olivet University Officials and Christian Media CEO in $25 Million Fraud Probe Arising out of Newsweek Investigation).

**Olivet Refuses To Comply with the Judgment and Is Willfully Disobeying the Court's Order:**

On behalf of AVT, and beginning in or about February 2019 and carrying on thereafter, Jason A. McNeill, counsel for AVT, sent various written and telephonic demands to Olivet, as well as a copy of the executed Judgment. *See* McNeill Decl., ¶ 4. Mr. McNeill's written demands included various emails along with a written demand letter. *See* McNeill Decl., ¶ 4.

Additionally, on or about March 6, 2019, and during a telephone call Mr. McNeill had with Olivet's counsel at the time, Olivet's counsel told Mr. McNeill that the Leased Property was too important to Olivet's business operations to hand over, and therefore, Olivet would not voluntarily cooperate in returning the Leased Property. *See* McNeill Decl., ¶ 5.

Third, because Olivet has nine campuses throughout the United States and also has substantial real estate holdings nationwide, there is a substantial risk that Olivet could relocate the vehicles and personal property if AVT is not allowed to immediately seize the Leased Property. *See* Nate Decl., ¶ 23.

## II. BACKGROUND

On October 5, 2018, in the United States District Court, District of Utah, AVT

1  filed suit against Olivet for Breach of Contract; Breach of the Covenant of Good Faith
2  and Fair Dealing; Writ of Replevin and Foreclosure of Security Interests on All Assets
3  of Olivet.

4        On January 7, 2019, judgment was entered against Olivet and signed by the
5  Honorable Judge Dee Benson of the United States District Court for the District of
6  Utah. *See* Hoang Decl., ¶ 6, Exhibit 2, which is a true and correct copy of the January
7  7, 2019 Judgment.

8        On March 8, 2019, AVT registered the January 7, 2019 Judgment in the United
9  States District Court for the Central District of California. *See* Hoang Decl. ¶ 6, Exhibit
10 3, which is a true and correct copy of the March 8, 2019 Clerk's Certification of a
11 Judgment To Be Registered in Another District [docket no. 1].

12       On February 12, 2020, AVT obtained an issued Writ of Execution [docket no.
13 15] from the United States District Court for the Central District of California. *See*
14 Hoang Decl., ¶ 5, Exhibit 1, which is a true and correct copy of the February 12, 2020
15 Writ of Execution.

16       On February 21, 2020, Olivet produced a Supplemental Document Production,
17 which included a spreadsheet identifying all of Olivet's personal and real property. *See*
18 Nate Decl., ¶ 23, Exhibit 1, which is a true and correct copy of spreadsheet produced
19 by Olivet on February 21, 2020.

20       Olivet identified its real property addresses in Anza, California as follows: 52675
21 Ardwell Drive, 52790 Ardwell Drive, 36401 Tripp Flats Road, 36807 Tripp Flats Road,
22 36850 Tripp Flats Road, 37071 Tripp Flats Road, 52015 Saddleback Road and 38370
23 Indian Road. *See* Nate Decl., ¶ 24, Exhibit 1.

24       AVT respectfully requests that the Court issue a Private Place Order and
25 Substitute Custodian Order in connection with the following vehicles:
26       (1)   New Holland Tractor (Kubota) - Model T1510, Serial/Identification
27             Number N843-142989 and trailer;
28

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

(2) Kubota Tractor - Model MX5200HST, Description with attachments: 4WD HST TRACTOR W/FOLDABLE, Serial/Identification Number 54550, Year 2016 and trailer;

(3) Kubota Tractor - Model ZD326HL-72, Description with attachments: 26 HP DIESEL PRO COM W/72 DEC, Serial/Identification Number 11783, Year 2016 and trailer;

(4) Kubota Tractor - Model ZD326P-60, Description with attachments: 26 HP60 PRO COMMERCIAL DECK, Serial/Identification Number 44769, Year 2016 and trailer;

(5) Kubota Tractor - Model RTV-X1100CWL-HS, Description with attachments: UV WORKSITE W/CAB/ALY WHL/HD, Serial/Identification Number 17792, Year 2016 and trailer;

(6) Kubota Tractor - Model M7060HD12, Description with attachments: 4WD TRA W/HYD SHUTTLE 12X12/F, Serial/Identification Number 53519, Year 2016 and trailer;

(7) Kubota Tractor - Model ZD326HL-72, Description with attachments: 26 HP DIESEL PRO COM W/72 DEC, Serial/Identification Number 11907, Year 2016 and trailer;

(8) 2016 FORD T350, Ford Transit Wagon, Account #: 54491846, VIN: 1FBZX2ZM8GKB31328;

(9) 2016 FORD T350, Van, VIN: 1FBZX2ZMXGKB53945;

(10) Ally-ACC.#:611-9266-35673, VIN:2C4RC1BG4HR540113, 72mTerm;

(11) Account Number: 55576396, VIN:1FBAX2CG2HKB34646, Contract date:10/27/2017;

(12) 2016 Chevrolet Suburban 1500, VIN: 1GNSKHKCXGR196471, Color: Black, Stock Number P196471;

(13) Kubota Loader - Model LA1065, Description with attachments: FRONT

Page 5

PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR
TWO PRIVATE PLACE ORDERS AND TWO SUBSTITUTE CUSTODIAN ORDERS

END LDR/MX4800/MX5200, Serial/Identification Number A3723, Year 2016 and trailer;

(14) Land Pride Implement (Kubota) - Model PFL4548, Description with attachments: 48" 4500LB PALLET FORK, Serial/Identification Number 964799, Year 2016 and trailer;

(15) Kubota - Model Z122EBR-48, Description: HOMEOWNER ZERO-TURN W/22HP/48", Serial/Identification Number 12144 and trailer;

(16) Kubota Loader- Model LA1154, Description w/attachments: FRONT LOADER/M6060/M7060 SE, Serial/Identification Number A6288, Year 2016 and trailer;

(17) Land Pride Implement (Kubota) - Model LR2684, Description w/attachments: RAKE, 26 SERIES 84" LANDSCAPE, Serial/Identification Number 1044903, Year 2016 and trailer;

(18) Land Pride Implement (Kubota) - Model HR3584, Description w/attachments: HYDRAULIC RETRACTABLE 3584, Serial/Identification Number 1034915, Year 2016 and trailer;

(19) LandPride Implement (Kubota) - Model RCR2684, Description w/attachments: ROTARY CUTTER RND BA, Serial/Identification Number 1037366, Year 2016 and trailer;

(20) LandPride Implement (Kubota) - Model RCR2684, Description w/attachments: ROTARY CUTTER RND BA, Serial/Identification Number 1037367, Year 2016 and trailer; and

(21) LandPride Implement (Kubota) - Model RB3784, Description w/attachments: 84" 37 SERIES REAR B, Serial/Identification Number 1044203, Year 2013 and trailer.

Additionally, AVT respectfully requests that the Court issue a Private Place Order and Substitute Custodian Order in connection with all and every one of the

PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR
TWO PRIVATE PLACE ORDERS AND TWO SUBSTITUTE CUSTODIAN ORDERS

following personal property:

(1) Library Books;

(2) Dell Computers;

(3) Broadcasting Camera Equipment;

(4) Copiers and Routing Equipment;

(5) Pacific Western Equipment Finance(Equipment Lease);

(6) Computer for Lab- Dell laptops;

(7) John Savoy + Son Inc (inv# 25301) - SINGLE SMART BED W/METAL CHANNEL INSERT;

(8) John Savoy + Son Inc (inv# 25301) - NYLON COVERED INVERTED SEAM MATTRESS;

(9) John Savoy + Son Inc (inv# 25301) - NITTANY PEDESTAL DESK W/PENCIL DWR, 45W;

(10) John Savoy + Son Inc (inv# 25301) - NITTANY 3-DRAWER CHEST, 30W;

(11) John Savoy + Son Inc (inv# 25301) - 2-POSITION CHAIR, WOOD SEAT/BACK;

(12) Bookshelving;

(13) Superior Mattress and

(14) Any and all personal property located on said premises of Olivet and wheresoever located.

### III.   LOCAL RULE 7-19.1

In accordance with Local Rule 7-19.1, Mr. Hoang, on behalf of AVT, conferred with Scott S. Bridge with the Law Offices of Kesler & Rust, counsel for Olivet, on March 11, 2020 at 10:15 a.m. via telephone and provided notice of AVT's intent to seek ex parte relief. *See* Hoang Decl., ¶ 8. Mr. Hoang further notified Mr. Bridge that any opposition must be filed not later than 24 hours after electronic service or hand

PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR
TWO PRIVATE PLACE ORDERS AND TWO SUBSTITUTE CUSTODIAN ORDERS

service. *Id.* Mr. Hoang offered to serve the Ex Parte Application electronically and by hand delivery. *Id.* Mr. Bridge informed Mr. Hoang to serve by E-mail only. *Id.* Mr. Bridge's contact information is as follows: 68 South Main Street, Suite 200, Salt Lake City, Utah, 84101, Telephone: 801-532-8000, Email: sbridge@keslerrust.com. Mr. Bridge informed Mr. Hoang that he was not sure whether Olivet will oppose AVT's request but would inquire. *Id.*

### IV. CONCLUSION

For these reasons, AVT respectfully requests that the Court issue orders ex parte in connection with the vehicles and personal property of Olivet.

This ex parte application is based upon a Memorandum of Points and Authorities, the Declarations of Kennedy D. Nate, Jason A. McNeill and Kevin A. Hoang in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed by this Court.

DATED: March 11, 2020

By: _/s/ RONALD P. SLATES

Ronald P. Slates, State Bar #43712
rslates2@rslateslaw.com
RONALD P. SLATES, P.C.
500 South Grand Avenue, Biltmore Tower Suite 2010, Los Angeles, California 90071
Telephone: (213) 624-1515

*Attorneys for Plaintiff and Judgment Creditor - AVT NEW YORK, L.P., a Utah limited partnership*