1  RONALD P. SLATES, State Bar #43712
2  RONALD P.  SLATES, A PROFESSIONAL CORPORATION
   500 South Grand Avenue, Biltmore Tower Suite 2010
3  Los Angeles, California 90071
4  (213) 624-1515 / FAX (213) 624-7536
   rslates2@rslateslaw.com
5  Attorneys for Plaintiff and Judgment Creditor
6  AVT - NEW YORK, L.P., a Utah limited partnership

7                 UNITED STATES DISTRICT COURT

8
   FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
9

10
   AVT - NEW YORK, L.P., a Utah limited ) CASE NO. 5:20-cv-00269-VAP
11 partnership,                          )
                                         ) **MEMORANDUM OF POINTS AND**
12          Plaintiff,                   ) **AUTHORITIES IN SUPPORT OF EX**
                                         ) **PARTE APPLICATION FOR TWO**
13                                       ) **PRIVATE PLACE ORDERS AND TWO**
        vs.                              ) **SUBSTITUTE CUSTODIAN ORDERS**
14                                       ) **IN CONNECTION WITH VEHICLES**
15 OLIVET UNIVERSITY, a California        ) **AND PERSONAL PROPERTY OF THE**
   corporation,                          ) **JUDGMENT DEBTOR OLIVET**
16                                       ) **UNIVERSITY PURSUANT TO A WRIT**
17          Defendant.                   ) **OF EXECUTION**
                                         )
18  _____
                             The Hon. Virginia A. Phillips, Chief District
19                           Judge

20
                             Crtrm:  8A, 8th Floor
21                           Place:  350 West 1st Street
                                     Los Angeles, CA 90012
22

23                           Judgment entered on January 7, 2019

24

25      **To the Honorable Virginia A. Phillips, Chief District Judge, the Judgment**

26  **Debtor Olivet University, a California corporation and to their attorneys of**

27  **record:**

28
                                Page 1
   MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TWO  PRIVATE
   PLACE ORDER AND TWO SUBSTITUTE CUSTODIAN ORDERS

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2 Plaintiff and Judgment Creditor AVT - New York, L.P., a Utah limited

3 partnership ("AVT") hereby respectfully submits its Memorandum of Points and

4 Authorities in support of AVT's Ex Parte Application for:  (1) a Private Place Order

5 for the purpose of taking possession of Judgment Debtor Olivet University's

6 vehicles which are described in particularity below; (2) a Substitute Custodian Order

7 in connection with said vehicles; (3) a Private Place Order for the purpose of taking

8 possession of Judgment Debtor Olivet University's personal property which are

9 described in particularity below and (4) a Substitute Custodian Order in connection

10 with said personal property to be taken in possession.

11

## I. INTRODUCTION

12 ### A. January 7, 2019 Judgment

13 On January 7, 2019, judgment was entered against Olivet University

14 ("Olivet") and signed by the Honorable Judge Dee Benson for the United States

15 District Court in the District of Utah.  *See* Declaration of Kevin A. Hoang ("Hoang

16 Decl."), ¶ 6, Exhibit 2, which is a true and correct copy of the January 7, 2019

17 Judgment.

18 On March 8, 2019, AVT registered the January 7, 2019 Judgment in the

19 United States District Court for the Central District of California.  *See* Hoang

20 Decl.,¶ 7, Exhibit 3, which is a true and correct copy of the March 8, 2019 Clerk's

21 Certification of a Judgment To Be Registered in Another District [docket no. 1].

22 Pursuant to 28 U.S.C. § 1963, which allows for registration of judgments for

23 enforcement in other districts, AVT registered the January 7, 2019 Judgment in the

24 United States District Court for the Central District of California on March 8, 2019.

25 Therefore, AVT is entitled to full enforcement of the January 7, 2019 Judgment.

26 ### B. The February 2020 Supplemental Hearing

27 On January 14, 2020, the District Court in Utah ordered either Barnabas Jung,

28

Page 2

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TWO  PRIVATE
PLACE ORDER AND TWO SUBSTITUTE CUSTODIAN ORDERS

*Ronald P. Slates, A Professional Corporation*
500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

*Ronald P. Slates, APProfessional Corporation*
500 S. GRAND AVENUE, BILTMORE TOWER   SUITE   2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

1  Olivet's CFO, or Tracy Davis, Olivet's president, to appear for a judgment debtor's

2  examination, which would be and indeed was held on February 13, 2020.  *See*

3  Declaration of Kennedy D. Nate ("Nate Decl."), ¶ 8.

4      On February 13, 2020, Olivet produced Barnabas Jung for examination under

5  oath at the United States District Court for the District of Utah.  *See* Nate Decl., ¶ 9.

6      During the examination, Mr. Jung testified that he was aware of the January 7,

7  2019 Judgment.  *See* Nate Decl., ¶ 14.

8      Mr. Jung also testified that Olivet currently has no less than nine (9) different

9  campuses nationwide and that Olivet owns various other real property located

10  throughout the United States. *See* Nate Decl., ¶ 16.

11      Demands have been made on Olivet to satisfy the money judgment, but Olivet

12  has failed and refused to do so.  *See* Declaration of Jason A. McNeill ("McNeill

13  Decl."), ¶ 6.  AVT has the right to immediately levy the vehicles and personal

14  property of Olivet.

15      **C. The February 2020 Supplemental Document Production**

16      On February 21, 2020, Olivet produced a Supplemental Document

17  Production, which included a spreadsheet identifying all of Olivet's personal and

18  real property. *See* Nate Decl., ¶ 23, Ex. 1.  Olivet identified the following real

19  property addresses in Anza, California: 52675 Ardwell Drive, 52790 Ardwell Drive,

20  36807 Tripp Flats Road, 36401 Tripp Flats Road, 36850 Tripp Flats Road, 37071

21  Tripp Flats Road, 52015 Saddleback Road and 38370 Indian Road.  *See* Nate Decl.,

22  ¶ 24.

23      AVT requests that the Court issue a Private Place Order and Substitute

24  Custodian Order in connection with the following vehicles pursuant to an issued

25  Writ of Execution [docket no. 15] and California Code of Civil Procedure §

26  700.030:

27      (1)    New Holland Tractor (Kubota) - Model T1510, Serial/Identification

28

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TWO  PRIVATE
PLACE ORDER AND TWO SUBSTITUTE CUSTODIAN ORDERS

1   Number N843-142989 and trailer;

2   (2)   Kubota Tractor - Model MX5200HST, Description with attachments:

3   4WD HST TRACTOR W/FOLDABLE, Serial/Identification Number

4   54550, Year 2016 and trailer;

5   (3)   Kubota Tractor - Model ZD326HL-72, Description with attachments:

6   26 HP DIESEL PRO COM W/72 DEC, Serial/Identification Number

7   11783, Year 2016 and trailer;

8   (4)   Kubota Tractor - Model ZD326P-60, Description with attachments: 26

9   HP60 PRO COMMERCIAL DECK, Serial/Identification Number

10   44769, Year 2016 and trailer;

11   (5)   Kubota Tractor - Model RTV-X1100CWL-HS, Description with

12   attachments: UV WORKSITE W/CAB/ALY WHL/HD,

13   Serial/Identification Number 17792, Year 2016 and trailer;

14   (6)   Kubota Tractor - Model M7060HD12, Description with attachments:

15   4WD TRA W/HYD SHUTTLE 12X12/F, Serial/Identification Number

16   53519, Year 2016 and trailer;

17   (7)   Kubota Tractor - Model ZD326HL-72, Description with attachments:

18   26 HP DIESEL PRO COM W/72 DEC, Serial/Identification Number

19   11907, Year 2016 and trailer;

20   (8)   2016 FORD T350, Ford Transit Wagon, Account #: 54491846, VIN:

21   1FBZX2ZM8GKB31328;

22   (9)   2016 FORD T350, Van, VIN: 1FBZX2ZMXGKB53945;

23   (10)   Ally-ACC.#:611-9266-35673, VIN:2C4RC1BG4HR540113,

24   72mTerm;

25   (11)   Account Number: 55576396, VIN:1FBAX2CG2HKB34646, Contract

26   date:10/27/2017;

27   (12)   2016 Chevrolet Suburban 1500, VIN: 1GNSKHKCXGR196471,

28

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

1  Color: Black, Stock Number P196471;

2  (13)  Kubota Loader - Model LA1065, Description with attachments:

3  FRONT END LDR/MX4800/MX5200, Serial/Identification Number

4  A3723, Year 2016 and trailer;

5  (14)  Land Pride Implement (Kubota) - Model PFL4548, Description with

6  attachments: 48" 4500LB PALLET FORK, Serial/Identification

7  Number 964799, Year 2016 and trailer;

8  (15)  Kubota - Model Z122EBR-48, Description: HOMEOWNER ZERO-

9  TURN W/22HP/48", Serial/Identification Number 12144 and trailer;

10  (16)  Kubota Loader- Model LA1154, Description w/attachments: FRONT

11  LOADER/M6060/M7060 SE, Serial/Identification Number A6288,

12  Year 2016 and trailer;

13  (17)  Land Pride Implement (Kubota) - Model LR2684, Description

14  w/attachments: RAKE, 26 SERIES 84" LANDSCAPE,

15  Serial/Identification Number 1044903, Year 2016 and trailer;

16  (18)  Land Pride Implement (Kubota) - Model HR3584, Description

17  w/attachments: HYDRAULIC RETRACTABLE 3584,

18  Serial/Identification Number 1034915, Year 2016 and trailer;

19  (19)  LandPride Implement (Kubota) - Model RCR2684, Description

20  w/attachments: ROTARY CUTTER RND BA, Serial/Identification

21  Number 1037366, Year 2016 and trailer;

22  (20)  LandPride Implement (Kubota) - Model RCR2684, Description

23  w/attachments: ROTARY CUTTER RND BA, Serial/Identification

24  Number 1037367, Year 2016 and trailer; and

25  (21)  LandPride Implement (Kubota) - Model RB3784, Description

26  w/attachments: 84" 37 SERIES REAR B, Serial/Identification Number

27  1044203, Year 2013 and trailer.

28

Ronald P. Slates, APProfessional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

Page 5

1    Additionally, AVT requests that the Court issue a Private Place Order and

2  Substitute Custodian Order in connection with the following personal property

3  pursuant to an issued Writ of Execution [docket no. 15] and California Code of Civil

4  Procedure § 700.030:

5    (1)    Library Books;

6    (2)    Dell Computers;

7    (3)    Broadcasting Camera Equipment;

8    (4)    Copiers and Routing Equipment;

9    (5)    Pacific Western Equipment Finance(Equipment Lease);

10    (6)    Computer for Lab- Dell laptops;

11    (7)    John Savoy + Son Inc (inv# 25301) - SINGLE SMART BED

12        W/METAL CHANNEL INSERT;

13    (8)    John Savoy + Son Inc (inv# 25301) - NYLON COVERED INVERTED

14        SEAM MATTRESS;

15    (9)    John Savoy + Son Inc (inv# 25301) - NITTANY PEDESTAL DESK

16        W/PENCIL DWR, 45W;

17    (10)    John Savoy + Son Inc (inv# 25301) - NITTANY 3-DRAWER CHEST,

18        30W;

19    (11)    John Savoy + Son Inc (inv# 25301) - 2-POSITION CHAIR, WOOD

20        SEAT/BACK;

21    (12)    Bookshelving;

22    (13)    Superior Mattress and

23    (14)    Any and all personal property located on said premises of Olivet and

24        wheresoever located.

25    Therefore, AVT requests that this Court grant its requests for two Private

26  Place Orders (in the event that the U.S. Marshal is required to lawfully force open

27  the premises) and two Substitute Custodian Orders given the fact that the vehicles

28

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

Page 6

Ronald P. Slates, APProfessional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

1   and personal property are readily transportable. Absent these Orders, Olivet could

2   circumvent the Court's Writ of Execution by simply moving the vehicles and

3   personal property to a location different from what is stated in the levy instructions

4   such that the U.S. Marshal will never be able to effectuate the levy.

## II. ARGUMENT

6   Federal Rule of Civil Procedure, Rule 64(a) provides:

7   "(a) Remedies Under State Law - In General. At the commencement of and
throughout an action, every remedy is available that, under state law where
8   the court is located, provides for seizing a person or property to secure
satisfaction of the potential judgment.  But a federal statute governs to the
9   extent it applies."

10  The procedure for execution of judgments, including proceedings

11  supplementary to and in aid of a judgment, and in proceedings on and in aid of

12  execution, is the practice and procedure of that state in which the district court is

13  held.  *See* FRCP 64.

### A. AVT Is Entitled To Two Private Place Orders

15  California Code of Civil Procedure §699.030 provides in pertinent part:

16  "If personal property sought to be levied upon is located in a private place of
the judgment debtor:

17

18  (a) The levying officer making the levy shall demand delivery of the property
by the judgment debtor and shall advise the judgment debtor that the
judgment debtor may be liable for costs and attorney's fees incurred in any
19  further proceedings to obtain delivery of the property.  If the judgment debtor
does not deliver the property, the levying officer shall make no further effort
20  to obtain custody of the property and shall promptly notify the judgment
creditor of the failure to obtain custody of the property.

21

22  (b) The judgment creditor may apply to the court ex parte, or on noticed
motion if the court so directs or a court rule so requires, for an order directing
the levying officer to seize the property in the private place.  The application
23  may be made whether or not a writ has been issued and whether or not
demand has been made pursuant to subdivision (a).  The application for the
24  order shall describe with particularity both the property sought to be levied
upon, and the place where it is to be found, according to the best knowledge,
25  information, and belief of the judgment creditor.  The court may not issue the
order unless the judgment creditor establishes that there is probable cause to
26  believe that property sought to be levied upon is located in the place
described.  The levying officer making the levy, at the time delivery of the
27  property pursuant to the order is demanded, shall announce his or her identity,
purpose, and authority.  **If the property is not voluntarily delivered, the**

28

**levying officer may cause the building or enclosure where the property is believed to be located to be broken open in such manner as the levying officer reasonably believes will cause the least damage**, . . ." [Emphasis added]

Additionally, California Code of Civil Procedure §700.030 provides:

"Unless another method of levy is provided by this article, to levy upon tangible personal property in the possession or under the control of the judgment debtor, the levying officer shall take the property into custody."

California Code of Civil Procedure §699.030 permits the issuance of an order directing the levying officer to seize the property in the private place and if the property is not voluntarily delivered the levying officer may cause the building or enclosure where the personal property is believed to located to be broken open in such manner as the levying officer reasonably believes will cause the least damage based on a showing of "probable cause."

Two private place orders are needed based on the following:

First, AVT is the holder of a judgment against Olivet entered on January 7, 2019 in the principal sum of $4,901,413.34.  *See* Hoang Decl., ¶ 6, Exhibit 2.

Second, as of the date of this Ex Parte Application, the money judgment remains unsatisfied. The amount still due and owing is $3,540,637.54 as of the date of the February 12, 2020 Writ of Execution.  *See* Hoang Decl., ¶ 5, Exhibit 1.

Third, on February 21, 2020, Olivet produced a spreadsheet to AVT, through its counsel, in which Olivet identified all of its personal property.  *See* Nate Decl., ¶ 23, Exhibit 1.  AVT respectfully requests that all said vehicles and personal property be seized to allow AVT the best opportunity to be made whole.  Any personal property or proceeds in excess of the judgment amount will be returned to Olivet.

Fourth, Olivet has identified the addresses in Anza, California in which the vehicles and personal property are likely located.

Fifth, the United States Marshal has advised Ronald P. Slates, P.C. that it will not enter private real property to levy upon personal property normally subject to levy without a private place order.  *See* Hoang Decl., ¶ 9.  The private place order

Page 8

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

1   will enable the U.S. Marshal to lawfully seize the Leased Property wherever so

2   located.

3        Sixth, AVT has no other lawful or effective method of levy on the vehicles

4   and personal property.

5        Lastly, two Private Place Orders are needed because vehicles will be located

6   in parking lots, garages and/or outdoor areas.  In contrast, the personal property to

7   be levied will be located in university buildings and/or indoor areas.

8        **B. AVT is Entitled To Two Substitute Custodian Orders**

9        California Rules of Court, United States District Court, Central District, Local

10   Rule 64-2, provides in pertinent part:

11      "Any Writ or other process for seizure in a civil action shall only be
     directed to, executed and returned by the United States Marshal . . . or a

12     private person specially appointed by the Court for that purpose.
     Unless otherwise relieved by the Court, an attorney for the seizing

13     party must be available to the seizing officer at the time of the seizure."

14        An Order for Substitute Custodian is needed because although the U.S.

15   Marshal will seize personal property, the U.S. Marshal will not take possession after

16   such seizure.

17        AVT seeks two Substitute Custodian Orders because the storage facilities

18   needed to store vehicles and personal property are different.  Vehicles can be stored

19   in outdoor lots while personal property should only be stored indoors.  In fact,

20   AVT's substituted custodian, Recovery Specialist Insurance Group, Inc. (RSIG) dba

21   Without Pinkslip, for the vehicles will only transport and store vehicles. AVT's

22   substituted custodian, Atlas Transfer & Storage Company, for the personal property

23   will not transport and store vehicles.

24        Therefore, AVT requests that this Court issue an Order for Substitute

25   Custodian, substituting Recovery Specialist Insurance Group, Inc. (RSIG) dba

26   Without Pinkslip to take possession of the vehicles once the same are seized by the

27   U.S. Marshal.

28

Page 9

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TWO  PRIVATE
PLACE ORDER AND TWO SUBSTITUTE CUSTODIAN ORDERS

1    Similarly, AVT requests that this Court issue an Order for Substitute

2  Custodian, substituting Atlas Transfer & Storage Company to take possession of the

3  above described personal property once the same is seized by the U.S. Marshal.

4    Furthermore, pursuant to the instructions from the United States Marshal, the

5  U.S. Marshal requires, that if a substitute custodian is named for the U.S. Marshal,

6  that the Court's Order granting the Substitute Custodian include language holding

7  the U.S. Marshal harmless for any damages incurred as a result of the seizure while

8  the property is in the substitute custodian's custody.

9                        **III. CONCLUSION**

10    For these reasons, AVT respectfully requests that the Court issue orders ex

11  parte for: (1) two Private Place Orders and (2) two Substitute Custodian Orders.

12

13  DATED:   March 11, 2020

14                    By: __/s/ RONALD P. SLATES

15                    Ronald P. Slates, State Bar #43712
                    rslates2@rslateslaw.com
16                    RONALD P.  SLATES, P.C.
                    500 South Grand Avenue, Biltmore
17                    Tower Suite 2010, Los Angeles,
                    California 90071
18                    Telephone: (213) 624-1515

19                    *Attorneys for Plaintiff/Judgment*
                    *Creditor AVT - NEW YORK, L.P., a*
20                    *Utah limited partnership*

21

22

23

24

25

26

27

28

Page 10

*Ronald P. Slates, A Professional Corporation*
500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536