RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslateslaw2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>OLIVET UNIVERSITY, a California corporation,<br><br>    Defendant. | CASE NO. 5:20-cv-00269-VAP<br><br>**DECLARATION OF KEVIN A. HOANG IN SUPPORT OF EX PARTE APPLICATION FOR TWO PRIVATE PLACE ORDERS AND TWO SUBSTITUTE CUSTODIAN ORDERS IN CONNECTION WITH VEHICLES AND PERSONAL PROPERTY OF THE JUDGMENT DEBTOR OLIVET UNIVERSITY PURSUANT TO WRIT OF EXECUTION**<br><br>The Hon. Virginia A. Philips, Chief District Judge<br><br>Crtrm: 8A, 8th Floor<br>Place: 350 West 1st Street<br>         Los Angeles, CA 90012<br><br>Judgment entered on January 7, 2019 |

I, Kevin A. Hoang, declare:

1.  I am an attorney duly licensed to practice law before all of the Courts of the State of California and before the United States District Court for the Central District of California. I am an associate attorney at the Law Offices of Ronald P.

Page 1

Slates, P.C., the attorneys of record for Plaintiff and Judgment Creditor AVT - NEW YORK, L.P., a Utah limited partnership ("AVT") in the within matter.

2. I am making this Declaration in support of AVT's Ex Parte Application For Two Private Place Orders and Two Substitute Custodian Orders In Connection With Vehicles and Personal Property of the Judgment Debtor Olivet University Pursuant to an issued Writ of Execution.

3. I have intimate first hand knowledge of this entire case since our law firm was retained in late December of 2019. I have had over 20 plus communications with Kennedy D. Nate and Jason McNeill, Utah counsel for AVT, in connection with my work on this matter. My work on this matter includes but is not limited to the preparation of an issued Writ of Execution [docket no. 15], an Order for Service by Registered Process Server [docket no. 16], Ex Parte Application for Two Private Place Orders and Two Substitute Custodian Orders in Connection with Vehicles and Personal Property of the the Judgment Debtor Olivet University Pursuant to a Writ of Execution and the instant moving papers, and could competently testify as a witness if called upon to do so.

4. In my capacity as an associate attorney, I have supervisory responsibility over the in-office legal operations of the law firm. In the ordinary and regular course of business, I have direct custody and control over the business records of the law firm. I am one of the custodian of records, along with Ronald P. Slates. I can certify the authenticity of business records.

5. Attached hereto and incorporated herein by reference as Exhibit 1 is a true and correct copy of the issued Writ of Execution [docket no. 15] which set forth the amount due and owing as $3,540,637.54 as of February 12, 2020.

6. Attached hereto and incorporated herein by reference as Exhibit 2 is a true and correct copy of the Court's January 7, 2019 Judgment entered against Olivet University, a California corporation ("Olivet") and signed by the Honorable Judge Dee

Page 2

Benson for the United States District Court for the District of Utah.

7. Attached hereto and incorporated herein by reference as Exhibit 3 is a true and correct copy of the March 8, 2019 Clerk's Certification of a Judgment To Be Registered in Another District [docket no. 1]. On March 8, 2019, AVT registered the January 7, 2019 Judgment in the United States District Court for the Central District of California.

8. In accordance with Local Rule 7-19.1, I conferred with Scott S. Bridge with the Law Offices of Kesler & Rust, counsel for Olivet, on March 11, 2020 at 10:15 a.m. via telephone and provided notice of AVT's intent to seek ex parte relief. I further notified Mr. Bridge that any opposition must be filed not later than 24 hours after electronic mail or hand service. I offered to serve the Ex Parte Application electronically and hand delivery. Mr. Bridge informed me to serve by E-mail only. Mr. Bridge's contact information is as follows: 68 South Main Street, Suite 200, Salt Lake City, Utah, 84101, Telephone: 801-532-8000, Email: sbridge@keslerrust.com. Mr. Bridge informed me that he was not sure whether Olivet will oppose AVT's request but would inquire.

9. The United States Marshal has advised our law firm that it will not enter private real property to levy upon personal property normally subject to levy without a private place order. Therefore, we are respectfully requesting issuance of same.

10. The United States Marshal has also advised our law firm that it needs an Order re Substitute Custodian as the Marshal does not retain custody of seized property. Therefore, we are respectfully requesting issuance of same.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2020 at Los Angeles, California.

KEVIN A. HOANG

Page 3

# EXHIBIT 1

Ronald P. Slates, A. Professional Corporation
500 S. Grand Ave., Suite 2010
Los Angeles, CA 90071
(213) 624-1515
(213) 624-7536

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AVT - NEW YORK, L.P., a Utah limited partnership,

Plaintiff(s)

v.

OLIVET UNIVERSITY, a California corporation

Defendant(s)

CASE NUMBER:
5:20-CV-00269-VAP

**WRIT OF EXECUTION**

**TO:** THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On _____May 21, 2019_____ a judgment was entered in the above-entitled action in favor of:
AVT - NEW YORK, L.P., a Utah limited partnership

as Judgment Creditor and against:
OLIVET UNIVERSITY, a California corporation

as Judgment Debtor, for:

| | | |
|---|---|---|
| $ | 4,901,413.34 | Principal, |
| $ | 0.00 | Attorney Fees, |
| $ | 0.00 | Interest **, and |
| $ | 0.00 | Costs, making a total amount of |
| $ | 4,901,413.34 | **JUDGMENT AS ENTERED** |

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

---

CV-23 (6/01)

WRIT OF EXECUTION

PAGE 1 OF 3

American LegalNet, Inc.
www.FormsWorkflow.com

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** Utah, to wit:

$     139,224.20 accrued interest, and
$     0.00 accrued costs, making a total of
$     139,224.20 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 1,500,000.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$     3,540,637.54 **ACTUALLY DUE** on the date of the issuance of this writ of which
$     3,401,413.34 Is due on the judgment as entered and bears interest at 18% percent per annum, in the amount of $ 1,677.40 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: 2/12/20      By: _____
                                            Deputy Clerk

WRIT OF EXECUTION
CV-23 (6/01)          PAGE 2 OF 3
American LegalNet, Inc.
www.FormsWorkflow.com

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Olivet University, a California corporation c/o Jeffrey D. Enquist, Esq., 257 E. 200 S, Ste 1100, Salt Lake City, UT 84111

**WRIT OF EXECUTION**

CV-23 (6/01)

PAGE 3 OF 3

American LegalNet, Inc.
www.FormsWorkflow.com

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

# EXHIBIT 2

Jason A. McNeill (9711)
  mcneill@mvmlegal.com
Kennedy D. Nate (14266)
  nate@mvmlegal.com
Brian E. Lahti (16298)
  lahti@mvmlegal.com
**MCNEILL | VON MAACK**
175 South Main Street, Suite 1050
Salt Lake City, Utah 84111
Telephone: 801.823.6464

Attorneys for Plaintiffs, AVT – New York, L.P.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **AVT - NEW YORK, L.P.**, a Utah limited partnership,<br><br>Plaintiff,<br>v.<br><br>**OLIVET UNIVERSITY**, a California corporation,<br><br>Defendant. | **JUDGMENT AGAINST OLIVET UNIVERSITY**<br><br><br><br><br>Case No.: 2:18-cv-00782<br><br>**Honorable Dee Benson** |

The Court, based upon the Motion for Default Judgment against Defendant Olivet University ("Olivet") the pleadings and papers on file with the Court, and for good cause shown, hereby FINDS:

A. Defendant was properly served with the Complaint.

B. Defendant has not appeared, answered or otherwise responded to the Complaint within the time prescribed by law.

   C. On November 29, 2018, the Clerk of the Court entered the Clerk's Default Certificate.

   D. Plaintiff AVT - New York, L.P. ("Plaintiff") is therefore entitled to entry of default judgment against Defendant under the Local Rules and the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 55; DUCivR 55-1.

  Furthermore, the Court, based upon the Motion for Entry of Default Judgment, the Declaration of Kennedy D. Nate in Support of Motion for Default Judgment, the pleadings and papers on file with the Court, and for good cause shown, hereby ORDERS, ADJUDGES, and DECREES as follows:

   1. Plaintiff's Motion for Default Judgment against Defendants is GRANTED.

   2. Plaintiff's request for a decree of foreclosure if its lien against all of Defendant's assets to enable Plaintiff to exercise and enforce its security interest over such assets is GRANTED.

   3. Plaintiff's request for a writ of replevin and an order immediately returning all of the Leased Property as defined in the Lease Schedules is GRANTED. The Leased Property includes, without limitation, the following property:

- Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5" hard drives with associated component, with Serial Nos.:
    - 46WTCH2,
    - 46WVCH2,
    - 46WWCH2,
    - 46XSCH2,
    - 46XTCH2,
    - 46XVCH2,
    - 46XWCH2,
    - 46YSCH2,
    - 46SWCH2,

- o 46TSCH2,
- o 46TTCH2,
- o 46TVCH2,
- o 46TWCH2, and
- o 46VSCH2.

- Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5" hard drives with associated component, with Serial Nos.:
  - o 46VTCH2,
  - o 46VVCH2,
  - o 46VWCH2,
  - o 46WSCH2,
  - o 46YVCH2,
  - o 46YWCH2,
  - o 46ZSCH2,
  - o 46ZTCH2,
  - o 46ZVCH2,
  - o 46ZWCH2,
  - o 470TCH2,
  - o 470VCH2,
  - o 470WCH2, and
  - o 471TCH2.

- 2,290 Sq. Ft. Single Family Modular Home with associated components.

- Assorted office furniture and workstations including delivery and assembly:
  - o 50 trading desk,
  - o 35 Allsteel workstations,
  - o 21 Allsteel filing cabinets,
  - o 29 Hon cabinets,
  - o 75 Office star chairs,
  - o 21 assorted chairs,
  - o 11 executive desks,
  - o 6 conference and round tables,
  - o 2 large couches,
  - o 32 humanscale dual monitor arms,
  - o 16 conference table chairs,
  - o 2 long conference tables.
  - o 1 large round conference table,
  - o 4 global upholstery leather chairs, and
  - o 1 glass coffee table.

3

Defendant is ORDERED to immediately return the Leased Property to Plaintiff.

4. Final judgment by default is entered in favor of Plaintiff AVT – New York, L.P., against Defendant Olivet University in the amount of $4,901,413.34, plus post-judgment interest accruing from the date of this Judgment at the contractual rate of 18% per annum until paid in full plus attorney fees incurred in collecting the judgment balance pursuant to the parties' contract.

Dated this 7th day of January, 2019

                                                                                         **UNITED STATES DISTRICT COURT**

                                                                                          _____

                                                                                          Honorable Dee Benson

# EXHIBIT 3

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Utah ▼

| | |
|---|---|
| AVT - New York, L.P., a Utah limited partnership ) <br> *Plaintiff* ) <br> v. ) <br> Olivet University, a California corporation ) <br> *Defendant* ) | Civil Action No. 2:18-cv-00782 |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 1/7/2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 3/8/2019

D. MARK JONES
*CLERK OF COURT*

*Tracy Hopkins*
*Signature of Clerk or Deputy Clerk*