RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership,<br><br>          Plaintiff,<br><br>  vs.<br><br>OLIVET UNIVERSITY, a California corporation,<br><br>          Defendant. | CASE NO. 5:20-cv-00269-VAP<br><br>**[PROPOSED] PRIVATE PLACE ORDER FOR VEHICLES PURSUANT TO WRIT OF EXECUTION [DOCKET NO. 15]**<br><br>The Hon. Virginia A. Phillips, Chief District Judge<br><br>Crtrm: 8A, 8th Floor<br>Place: 350 West 1st Street<br>        Los Angeles, CA 90012<br><br>Judgment entered on January 7, 2019 |

      Upon application duly made by Plaintiff and Judgment Creditor AVT - NEW YORK, (L.P., a Utah limited partnership ("AVT") and good cause having been shown therefor:

      AVT has learned that the vehicles that are the subject of the Writ of Execution ("Writ") issued by this Court in the above-captioned matter is located at the Riverside

Campus of Judgment Debtor Olivet University in Anza, California:

    (1) 36401 Tripp Flats Road;

    (2) 36807 Tripp Flats Road;

    (3) 36850 Tripp Flats Road;

    (4) 37071 Tripp Flats Road;

    (5) 52675 Ardwell Drive;

    (6) 52790 Ardwell Drive;

    (7) 52015 Saddleback Road and

    (8) 38370 Indian Road (collective the "Premises")

AVT seeks to levy upon Judgment Debtor Olivet University's vehicles as follows:

    (1) New Holland Tractor (Kubota) - Model T1510, Serial/Identification Number N843-142989 and trailer;

    (2) Kubota Tractor - Model MX5200HST, Description with attachments: 4WD HST TRACTOR W/FOLDABLE, Serial/Identification Number 54550, Year 2016 and trailer;

    (3) Kubota Tractor - Model ZD326HL-72, Description with attachments: 26 HP DIESEL PRO COM W/72 DEC, Serial/Identification Number 11783, Year 2016 and trailer;

    (4) Kubota Tractor - Model ZD326P-60, Description with attachments: 26 HP60 PRO COMMERCIAL DECK, Serial/Identification Number 44769, Year 2016 and trailer;

    (5) Kubota Tractor - Model RTV-X1100CWL-HS, Description with attachments: UV WORKSITE W/CAB/ALY WHL/HD, Serial/Identification Number 17792, Year 2016 and trailer;

    (6) Kubota Tractor - Model M7060HD12, Description with attachments: 4WD TRA W/HYD SHUTTLE 12X12/F, Serial/Identification Number 53519, Year 2016 and trailer;

[PROPOSED] PRIVATE PLACE

(7) Kubota Tractor - Model ZD326HL-72, Description with attachments: 26 HP DIESEL PRO COM W/72 DEC, Serial/Identification Number 11907, Year 2016 and trailer;

(8) 2016 FORD T350, Ford Transit Wagon, Account #: 54491846, VIN: 1FBZX2ZM8GKB31328;

(9) 2016 FORD T350, Van, VIN: 1FBZX2ZMXGKB53945;

(10) Ally-ACC.#:611-9266-35673, VIN:2C4RC1BG4HR540113, 72mTerm;

(11) Account Number: 55576396, VIN:1FBAX2CG2HKB34646, Contract date:10/27/2017;

(12) 2016 Chevrolet Suburban 1500, VIN: 1GNSKHKCXGR196471, Color: Black, Stock Number P196471;

(13) Kubota Loader - Model LA1065, Description with attachments: FRONT END LDR/MX4800/MX5200, Serial/Identification Number A3723, Year 2016 and trailer;

(14) Land Pride Implement (Kubota) - Model PFL4548, Description with attachments: 48" 4500LB PALLET FORK, Serial/Identification Number 964799, Year 2016 and trailer;

(15) Kubota - Model Z122EBR-48, Description: HOMEOWNER ZERO-TURN W/22HP/48", Serial/Identification Number 12144 and trailer;

(16) Kubota Loader- Model LA1154, Description w/attachments: FRONT LOADER/M6060/M7060 SE, Serial/Identification Number A6288, Year 2016 and trailer;

(17) Land Pride Implement (Kubota) - Model LR2684, Description w/attachments: RAKE, 26 SERIES 84" LANDSCAPE, Serial/Identification Number 1044903, Year 2016 and trailer;

(18) Land Pride Implement (Kubota) - Model HR3584, Description w/attachments: HYDRAULIC RETRACTABLE 3584, Serial/Identification Number 1034915, Year 2016 and trailer;

[PROPOSED] PRIVATE PLACE

(19) LandPride Implement (Kubota) - Model RCR2684, Description w/attachments: ROTARY CUTTER RND BA, Serial/Identification Number 1037366, Year 2016 and trailer;

(20) LandPride Implement (Kubota) - Model RCR2684, Description w/attachments: ROTARY CUTTER RND BA, Serial/Identification Number 1037367, Year 2016 and trailer; and

(21) LandPride Implement (Kubota) - Model RB3784, Description w/attachments: 84" 37 SERIES REAR B, Serial/Identification Number 1044203, Year 2013 and trailer (collectively the "Vehicles").

IT IS SO ORDERED that:

1. The United States Marshal, in executing the Writ, may procure the services of a locksmith or utilize any other reasonable means necessary to gain access to the Premise and/or any other location (including but not limited to break open and enter the Premises and/or any other location) where the Vehicles are located to carry out the levy of said Writ, regardless of whether the above Premises and/or any other location are locked or unlocked (or otherwise closed) or occupied or unoccupied in order to take possession of the vehicles.

2. The United States Marshal shall direct the locksmith, Anza Lock and Safe, to rekey any and all locks or any other reasonable means necessary so as to secure exclusive access to the Premises and/or any other location where the Vehicles are located to the United States Marshal and substitute custodian, Recovery Specialist Insurance Group, Inc. (RSIG) dba Without Pinkslip.

3. Anyone interfering with the execution of this order shall be subject to arrest by the U.S. Marshal.

\\\
\\\

[PROPOSED] PRIVATE PLACE

1  DATED: _____, 2020

_____
The Hon. Virginia A. Phillips,
Chief District Judge

[PROPOSED] PRIVATE PLACE