RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> OLIVET UNIVERSITY, a California corporation, <br><br> Defendant. | CASE NO. 5:20-cv-00269-VAP <br><br> **[PROPOSED] SUBSTITUTE CUSTODIAN ORDER FOR VEHICLES PURSUANT TO ISSUED WRIT OF EXECUTION [DOCKET NO. 15]** <br><br> The Hon. Virginia A. Phillips, Chief District Judge <br><br> Crtrm: 8A, 8th Floor <br> Place: 350 West 1st Street <br> Los Angeles, CA 90012 <br><br> Judgment entered on January 7, 2019 |

Upon application duly made by Plaintiff and Judgment Creditor AVT - NEW YORK, L.P., a Utah limited partnership ("AVT") and good cause having been shown therefor:

AVT has retained Recovery Specialist Insurance Group, Inc. (RSIG) dba Without

Page 1

[PROPOSED] SUBSTITUTE CUSTODIAN ORDER

Pinkslip as the substitute custodian to transport and store all vehicles to be taken pursuant to the issued Writ of Execution [docket no. 15].

The vehicles to be seized are described as follows:

(1) New Holland Tractor (Kubota) - Model T1510, Serial/Identification Number N843-142989 and trailer;

(2) Kubota Tractor - Model MX5200HST, Description with attachments: 4WD HST TRACTOR W/FOLDABLE, Serial/Identification Number 54550, Year 2016 and trailer;

(3) Kubota Tractor - Model ZD326HL-72, Description with attachments: 26 HP DIESEL PRO COM W/72 DEC, Serial/Identification Number 11783, Year 2016 and trailer;

(4) Kubota Tractor - Model ZD326P-60, Description with attachments: 26 HP60 PRO COMMERCIAL DECK, Serial/Identification Number 44769, Year 2016 and trailer;

(5) Kubota Tractor - Model RTV-X1100CWL-HS, Description with attachments: UV WORKSITE W/CAB/ALY WHL/HD, Serial/Identification Number 17792, Year 2016 and trailer;

(6) Kubota Tractor - Model M7060HD12, Description with attachments: 4WD TRA W/HYD SHUTTLE 12X12/F, Serial/Identification Number 53519, Year 2016 and trailer;

(7) Kubota Tractor - Model ZD326HL-72, Description with attachments: 26 HP DIESEL PRO COM W/72 DEC, Serial/Identification Number 11907, Year 2016 and trailer;

(8) 2016 FORD T350, Ford Transit Wagon, Account #: 54491846, VIN: 1FBZX2ZM8GKB31328;

(9) 2016 FORD T350, Van, VIN: 1FBZX2ZMXGKB53945;

(10) Ally-ACC.#:611-9266-35673, VIN:2C4RC1BG4HR540113, 72mTerm;

(11) Account Number: 55576396, VIN:1FBAX2CG2HKB34646, Contract

date:10/27/2017;

(12) 2016 Chevrolet Suburban 1500, VIN: 1GNSKHKCXGR196471, Color: Black, Stock Number P196471;

(13) Kubota Loader - Model LA1065, Description with attachments: FRONT END LDR/MX4800/MX5200, Serial/Identification Number A3723, Year 2016 and trailer;

(14) Land Pride Implement (Kubota) - Model PFL4548, Description with attachments: 48" 4500LB PALLET FORK, Serial/Identification Number 964799, Year 2016 and trailer;

(15) Kubota - Model Z122EBR-48, Description: HOMEOWNER ZERO-TURN W/22HP/48", Serial/Identification Number 12144 and trailer;

(16) Kubota Loader- Model LA1154, Description w/attachments: FRONT LOADER/M6060/M7060 SE, Serial/Identification Number A6288, Year 2016 and trailer;

(17) Land Pride Implement (Kubota) - Model LR2684, Description w/attachments: RAKE, 26 SERIES 84" LANDSCAPE, Serial/Identification Number 1044903, Year 2016 and trailer;

(18) Land Pride Implement (Kubota) - Model HR3584, Description w/attachments: HYDRAULIC RETRACTABLE 3584, Serial/Identification Number 1034915, Year 2016 and trailer;

(19) LandPride Implement (Kubota) - Model RCR2684, Description w/attachments: ROTARY CUTTER RND BA, Serial/Identification Number 1037366, Year 2016 and trailer;

(20) LandPride Implement (Kubota) - Model RCR2684, Description w/attachments: ROTARY CUTTER RND BA, Serial/Identification Number 1037367, Year 2016 and trailer; and

(21) LandPride Implement (Kubota) - Model RB3784, Description w/attachments: 84" 37 SERIES REAR B, Serial/Identification Number

[PROPOSED] SUBSTITUTE CUSTODIAN ORDER

1044203, Year 2013 and trailer (collectively the "Vehicles").

IT IS ORDERED that upon transfer of custody of the Judgment Debtor OLIVET UNIVERSITY's, a California corporation, Vehicles to the substitute custodian by the U.S. Marshal, the U.S. Marshal, his keeper, the United States of America, and the substitute custodian shall not be liable for any loss occurring while it remains in the custody of the substitute custodian.

IT IS FURTHER ORDERED that the substitute custodian shall move the seized Vehicles to its choice of premises. Thereafter, the U.S. Marshal shall conduct an auction of the seized Vehicles at said premises pursuant to the Writ of Execution issued by this Court and in accordance with the procedures and rules of the U.S. Marshal (if any) governing such auction sales.

IT IS FURTHER ORDERED that AVT shall hold harmless, indemnify, and defend the U.S. Marshal, his keeper, the United States of America, and the substitute custodian, whether the actions and activities of the aforesaid are negligent or not, against any claims and actions of any nature arising out of any actions or activities of any nature undertaken or performed by AVT (and its agents, servants, employees, or others from whom AVT is responsible), in relation to AVT's storage of the vehicles that are the subject of the Writ of Execution issued by this Court in the above-captioned matter, including, but not limited to, claims and actions by AVT (and its agents, servants, employees, or others from whom AVT is responsible), and, further, shall hold harmless and defend the U.S. Marshal, his keeper, the United States of America, and the substitute custodian against all such claims and actions and shall be liable for payment and satisfaction of all judgments rendered or amounts agreed upon in settlement of such claims and actions, in addition to attorneys' fees, costs, disbursements, and court costs incurred in defending against such claims and actions.

DATED: _____, 2020

_____
The Hon. Virginia A. Phillips,
Chief District Judge