RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> OLIVET UNIVERSITY, a California corporation, <br><br> Defendant. | CASE NO. 5:20-cv-00269-VAP <br><br> **[PROPOSED] PRIVATE PLACE ORDER FOR PERSONAL PROPERTY PURSUANT TO WRIT OF EXECUTION [DOCKET NO. 15]** <br><br> The Hon. Virginia A. Phillips, Chief District Judge <br><br> Crtrm: 8A, 8th Floor <br> Place: 350 West 1st Street <br>        Los Angeles, CA 90012 <br><br> Judgment entered on January 7, 2019 |

      Upon application duly made by Plaintiff and Judgment Creditor AVT - NEW YORK, (L.P., a Utah limited partnership ("AVT") and good cause having been shown therefor:

      AVT has learned that the personal property that is the subject of the Writ of Execution ("Writ") issued by this Court in the above-captioned matter is located at the

Riverside Campus of Judgment Debtor Olivet University in Anza, California:

(1) 36401 Tripp Flats Road;

(2) 36807 Tripp Flats Road;

(3) 36850 Tripp Flats Road;

(4) 37071 Tripp Flats Road;

(5) 52675 Ardwell Drive;

(6) 52790 Ardwell Drive;

(7) 52015 Saddleback Road; and

(8) 38370 Indian Road (collective the "Premises")

AVT seeks to levy upon Judgment Debtor Olivet University's personal property as follows:

(1) Library Books;

(2) Dell Computers;

(3) Broadcasting Camera Equipment;

(4) Copiers and Routing Equipment;

(5) Pacific Western Equipment Finance(Equipment Lease);

(6) Computer for Lab- Dell laptops;

(7) John Savoy + Son Inc (inv# 25301) - SINGLE SMART BED W/METAL CHANNEL INSERT;

(8) John Savoy + Son Inc (inv# 25301) - NYLON COVERED INVERTED SEAM MATTRESS;

(9) John Savoy + Son Inc (inv# 25301) - NITTANY PEDESTAL DESK W/PENCIL DWR, 45W;

(10) John Savoy + Son Inc (inv# 25301) - NITTANY 3-DRAWER CHEST, 30W;

(11) John Savoy + Son Inc (inv# 25301) - 2-POSITION CHAIR, WOOD SEAT/BACK;

(12) Bookshelving;

[PROPOSED] PRIVATE PLACE

(13) Superior Mattress and

(14) Any and all personal property located on said Premises and wheresoever located.

IT IS SO ORDERED that:

1. The United States Marshal, in executing the Writ, may procure the services of a locksmith, Anza Lock and Safe, or utilize any other reasonable means necessary to gain access to the Premise and/or any other location (including but not limited to break open and enter the Premises and/or any other location) where the personal property is located to carry out the levy of said Writ, regardless of whether the above Premises and/or any other location are locked or unlocked (or otherwise closed) or occupied or unoccupied in order to take possession of the personal property.

2. The United States Marshal shall direct the locksmith, Anza Lock and Safe, to rekey any and all locks or any other reasonable means necessary so as to secure exclusive access to the Premises and/or any other location where the personal property is located to the United States Marshal and substitute custodian, Atlas Transfer and Storage Company.

3. Anyone interfering with the execution of this order shall be subject to arrest by the U.S. Marshal.

DATED: _____, 2020

_____
The Hon. Virginia A. Phillips,
Chief District Judge

[PROPOSED] PRIVATE PLACE