RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> OLIVET UNIVERSITY, a California corporation, <br><br> Defendant. | CASE NO. 5:20-cv-00269-VAP <br><br> **ORDER GRANTING PLAINTIFF AND JUDGMENT CREDITOR AVT'S EX PARTE APPLICATION FOR WRIT OF POSSESSION** <br><br> The Hon. Virginia A. Phillips, Chief District Judge <br><br> Crtrm: 8A, 8th Floor <br> Place: 350 West 1st Street <br>        Los Angeles, CA 90012 <br><br> Judgment entered on January 7, 2019 |

     Before the Court is Plaintiff and Judgment Creditor AVT - NEW YORK, L.P.'s, a Utah limited partnership ("AVT"), Ex Parte Application for Writ of Possession.

     The Court finds, having read and considered AVT's Ex Parte Application for Writ of Possession, the accompanying Memorandum of Points and Authorities, the Declarations of Kennedy D. Nate, Jason A. McNeill, and Kevin A. Hoang filed

Page 1

concurrently therewith, the records on file in this case and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Plaintiff and Judgment Creditor AVT's Ex Parte Application for Writ of Possession is GRANTED in its entirety;

2. The Clerk of the United States District Court for the Central District of California shall issue FORTHWITH a Writ of Possession in connection with AVT's Application for Writ of Possession, which has been filed concurrently therewith; and

3. AVT is entitled to immediate full enforcement of this Order, and the Court may hold Judgment Debtor OLIVET UNIVERSITY, a California corporation, or any of its agents, in contempt for failing to comply with this Order.

DATED: March 24, 2020

_____
Hon. Virginia A. Phillips,
Chief U.S. District Judge