RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>OLIVET UNIVERSITY, a California corporation,<br><br>Defendant. | CASE NO. 5:20-cv-00269-VAP<br><br>**TURNOVER ORDER AS TO JUDGMENT DEBTOR OLIVET UNIVERSITY IN CONNECTION WITH ISSUANCE OF WRIT OF POSSESSION BY PLAINTIFF AND JUDGMENT CREDITOR AVT - NEW YORK, L.P.**<br><br>The Hon. Virginia A. Phillips, Chief District Judge<br><br>Crtrm: 8A, 8th Floor<br>Place: 350 West 1st Street<br>          Los Angeles, CA 90012<br><br>Judgment entered on January 7, 2019 |

Upon application duly made by Plaintiff and Judgment Creditor AVT - NEW YORK, L.P., a Utah limited partnership ("AVT") for the issuance of a Turnover Order directed to Judgment Debtor OLIVET UNIVERSITY, a California corporation ("Olivet") in connection with AVT's Application for Writ of Possession and good cause having been shown therefor:

Page 1

TURNOVER ORDER

IT IS HEREBY ORDERED that Olivet immediately upon entry or levy of this Order deliver the following personal property to AVT via the United States Marshal:

- Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5" hard drives with associated component, with Serial Nos.:
  - 46WTCH2,
  - 46WVCH2,
  - 46WWCH2,
  - 46XSCH2,
  - 46XTCH2,
  - 46XVCH2,
  - 46XWCH2,
  - 46YSCH2,
  - 46SWCH2,
  - 46TSCH2,
  - 46TTCH2,
  - 46TVCH2,
  - 46TWCH2, and
  - 46VSCH2.

- Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866 MHZ, Chassis with up to 16, 2.5" hard drives with associated component, with Serial Nos.:
  - 46VTCH2,
  - 46VVCH2,
  - 46VWCH2,

- 46WSCH2,
- 46YVCH2,
- 46YWCH2,
- 46ZSCH2,
- 46ZTCH2,
- 46ZVCH2,
- 46ZWCH2,
- 470TCH2,
- 470VCH2,
- 470WCH2, and
- 471TCH2.

- 2,290 Sq. Ft. Single Family Modular Home with associated components.

- Assorted office furniture and workstations including delivery and assembly:
  - 50 trading desk,
  - 35 Allsteel workstations,
  - 21 Allsteel filing cabinets,
  - 29 Hon cabinets,
  - 75 Office star chairs,
  - 21 assorted chairs,
  - 11 executive desks,
  - 6 conference and round tables,
  - 2 large couches,
  - 32 humanscale dual monitor arms,
  - 16 conference table chairs,
  - 2 long conference tables,
  - 1 large round conference table,

TURNOVER ORDER

- 4 global upholstery leather chairs, and
- 1 glass coffee table

DATED: March 24, 2020

_____
Hon. Virginia A. Phillips,
Chief U.S. District Judge