RONALD P. SLATES, State Bar #43712
RONALD P. SLATES, A PROFESSIONAL CORPORATION
500 South Grand Avenue, Biltmore Tower Suite 2010
Los Angeles, California 90071
(213) 624-1515 / FAX (213) 624-7536
rslates2@rslateslaw.com
Attorneys for Plaintiff and Judgment Creditor
AVT - NEW YORK, L.P., a Utah limited partnership

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AVT - NEW YORK, L.P., a Utah limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>OLIVET UNIVERSITY, a California corporation,<br><br>Defendant. | CASE NO. 5:20-cv-00269-VAP<br><br>**WRIT OF POSSESSION BY PLAINTIFF AND JUDGMENT CREDITOR AVT - NEW YORK, L.P.**<br><br>The Hon. Virginia A. Phillips, Chief District Judge<br><br>Crtrm: 8A, 8th Floor<br>Place: 350 West 1st Street<br>        Los Angeles, CA 90012<br><br>Judgment entered on January 7, 2019 |

**TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA, YOU ARE DIRECTED:**

   1.     To levy upon the following personal property or any part of it (Code of Civil Procedure §§ 714.010 and 714.020):

   •     Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866

Page 1

1   MHZ, Chassis with up to 16, 2.5" hard drives with associated component,

2   with Serial Nos.:

3   • 46WTCH2,

4   • 46WVCH2,

5   • 46WWCH2,

6   • 46XSCH2,

7   • 46XTCH2,

8   • 46XVCH2,

9   • 46XWCH2,

10   • 46YSCH2,

11   • 46SWCH2,

12   • 46TSCH2,

13   • 46TTCH2,

14   • 46TVCH2,

15   • 46TWCH2, and

16   • 46VSCH2.

17   • Dell PowerEdge R830 Servers - 2x Intel Xeon E5-46IO v4 1.8GHz. 25M

18   Cache, 6.4 GT/s QPI, No turbo. HR, IOC/20T (105W) Max Mem 1866

19   MHZ, Chassis with up to 16, 2.5" hard drives with associated component,

20   with Serial Nos.:

21   • 46VTCH2,

22   • 46VVCH2,

23   • 46VWCH2,

24   • 46WSCH2,

25   • 46YVCH2,

26   • 46YWCH2,

27   • 46ZSCH2,

28

WRIT OF POSSESSION

1    •    46ZTCH2,

2    •    46ZVCH2,

3    •    46ZWCH2,

4    •    470TCH2,

5    •    470VCH2,

6    •    470WCH2, and

7    •    471TCH2.

8

9    •    2,290 Sq. Ft. Single Family Modular Home with associated components.

10   •    Assorted office furniture and workstations including delivery and

11        assembly:

12        •    50 trading desk,

13        •    35 Allsteel workstations,

14        •    21 Allsteel filing cabinets,

15        •    29 Hon cabinets,

16        •    75 Office star chairs,

17        •    21 assorted chairs,

18        •    11 executive desks,

19        •    6 conference and round tables,

20        •    2 large couches,

21        •    32 humanscale dual monitor arms,

22        •    16 conference table chairs,

23        •    2 long conference tables,

24        •    1 large round conference table,

25        •    4 global upholstery leather chairs, and

26        •    1 glass coffee table

27   2.   To enter the following private place or places to take possession of the

28   above-described personal property or some part of it:

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

- 36401 Tripp Flats Road, Anza, California, 92539 (in a server room located next to the chapel at the university); or

- Any other location where the personal property is located

3. To return this writ and the certificate of your proceedings within 30 days after levy and service, but in no event later than 60 days after issuance of this writ.

DATED: _3/24/2020_

Clerk, by ⟨signature⟩ .,

Deputy

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

WRIT OF POSSESSION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Donald P. Oates, A Professional Corporation*
500 S. GRAND AVENUE, BILTMORE TOWER  SUITE  2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

| (SEAL) | NOTICE TO PERSON SERVED |
|---|---|
| | **WRIT OF EXECUTION OR SALE.** Your rights and duties are indicated on the accompanying Notice of Levy (form EJ-150). |
| | **WRIT OF POSSESSION OF PERSONAL PROPERTY.** If the levying officer is not able to take custody of the property, the levying officer will demand that you turn over the property. If custody is not obtained following demand, the judgment may be enforced as a money judgment for the value of the property specified in the judgment or in a supplemental order. |
| | **WRIT OF POSSESSION OF REAL PROPERTY.** If the premises are not vacated within five days after the date of service on the occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the time the judgment creditor takes possession of the premises. |
| | **EXCEPTION IF RENTAL HOUSING UNIT WAS FORECLOSED.** If the residential property that you are renting was sold in a foreclosure, you have additional time before you must vacate the premises. If you have a lease for a fixed term, such as for a year, you may remain in the property until the term is up. If you have a periodic lease or tenancy, such as from month-to-month, you may remain in the property for 90 days after receiving a notice to quit. A blank form Claim of Right to Possession and Notice of Hearing (form CP10) accompanies this writ. You may claim your right to remain on the property by filling it out and giving it to the sheriff or levying officer. |
| | **EXCEPTION IF YOU WERE NOT SERVED WITH A FORM CALLED PREJUDGMENT CLAIM OF RIGHT TO POSSESSION.** If you were not named in the judgment for possession and you occupied the premises on the date on which the unlawful detainer case was filed, you may object to the enforcement of the judgment against you.  You must complete the form Claim of Right to Possession and Notice of Hearing (form CP10) and give it to the sheriff or levying officer. A blank form accompanies this writ. You have this right whether or not the property you are renting was sold in a foreclosure. |

WRIT OF POSSESSION